David W. Baumgarten, Esq. (Bar No. 179574)
baum@yblaw.com
YALE & BAUMGARTEN, LLP
1450 Frazee Road, Suite 403
San Diego, California 92108
Tel:    (619) 220-8790
Fax:    (619) 200-0369

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE L. SMITH, an individual, | CASE NO: **'22 CV 1149 BEN MSB** |
| Plaintiff, | **COMPLAINT TO RECOVER ERISA PLAN BENEFITS AND TO ENFORCE AND CLARIFY RIGHTS UNDER LONG-TERM DISABILITY ERISA PLAN; AND FOR BREACH OF CONTRACT AND INSURANCE BAD FAITH ON PRIVATE DISABILITY POLICY** |
| v. | |
| UNUM LIFE INSURANCE COMPANY OF AMERICA; and PROVIDENT LIFE AND ACCIDENT INSURANCE COMPANY, | **[JURY TRIAL DEMANDED AS TO STATE LAW CLAIMS]** |
| Defendants. | |

COMES NOW, the plaintiff, Julie L. Smith, as and for causes of action against the defendants, and each of them, alleges:

## PRELIMINARY ALLEGATIONS

1.      Plaintiff is an individual residing in the County of San Diego, State of California.

2.      Plaintiff is informed and believes and thereon alleges that the defendant, Unum Life Insurance Company of America, ("Unum") is and at all times mentioned herein was life and disability insurance company, admitted to do business and doing business in the State of California.

3.      Plaintiff is informed and believes and thereon alleges that the defendant, Provident Life and Accident Insurance Company, ("Provident") is and at all times mentioned herein was life and disability insurance company, admitted to do business and doing business in the State of California.

4.      Plaintiff is informed and believes and thereon alleges that Unum and Provident have merged and/or otherwise operate in concert with one another under the corporate umbrella or trade name, "UnumGroup".

5.      At all relevant times leading up January 7, 2018, Plaintiff was employed by Pharmaceutical Product Development ("PPD") as a Senior Project Manager.  Plaintiff's job duties as a Senior Project Manager required high-level executive functioning and management skills.  Plaintiff enjoyed her work at PPD and, at all relevant times, was making over $130,000 in salary and bonuses.

6.      In connection with her employment with PPD, Plaintiff was enrolled in, and insured under, a plan of long term group disability insurance plan, known as the Pharmaceutical Product Development, LLC Plan, Plan #505, underwritten by Unum, ("Unum LTD Plan").  A true and correct copy of what has been represented by PPD to be the Unum LTD Plan is attached hereto and incorporated by reference herein as Exhibit 1.  The Unum LTD Plan provides for the payment of long term disability benefits in the event Plaintiff becomes disabled within the meaning of the Plan.[1]

7.      The Unum LTD Plan is funded by insurance issued by Unum under policy number 501313 011.  In addition to funding the Unum LTD Plan; i.e. being the entity responsible for paying benefits due under the Plan, Unum has been delegated the authority (by PPD as Plan Administrator) to make benefit determinations under the Plan.  The Unum LTD Plan states that in exercising such authority, "[a]ll benefit determinations must be reasonable and based on the terms of the Plan and the facts and circumstances of each claim."

8.      In addition to being enrolled in and insured under the Unum LTD Plan, Plaintiff is, and at all relevant times has been insured under a private long term disability insurance policy issued by Provident, bearing policy no.  06-650-7848175, ("Provident Policy").  A true and correct copy of what has been represented by Provident to be the Plan is attached hereto and incorporated by reference herein as Exhibit 2.  The Provident Policy provides for the payment of long term disability benefits in the event Plaintiff becomes disabled within the meaning of the Policy.

---

[1]      Plaintiff is also insured under a group life insurance policy issued through PPD and underwritten by Unum under policy no. 202466.  Premiums on the life insurance policy are waived while Plaintiff is on claim under the long term disability Plan.

9.      On January 9, 2018, Plaintiff, through no fault of her own, was involved in an automobile accident.  She was rear-ended by an inattentive driver who was using a cell phone at the time of the incident. There is no evidence that the at-fault driver slowed from the speed limit prior to colliding with Plaintiff's vehicle.  Plaintiff was taken from the scene of the accident by ambulance to the UC San Diego Health Emergency Department where she was diagnosed with, among other things, head injuries and a concussion.  After preliminarily treating for her injuries, Plaintiff was released from the Emergency Department.

10.     Over the course of the next several weeks following the accident, Plaintiff attempted to fight through the "fog" of the accident at work, but could not.  She returned to UC San Diego Health on January 22,  and again on January 30, 2018, with complaints of "heaviness" in the head, fatigue, vision changes, word finding difficulties, and nausea.

11.     Over the course of the next several months, Plaintiff's condition continued to deteriorate and she could not keep up at work. Ultimately, as a result of the head trauma suffered during the accident, Plaintiff diagnosed with: (1) traumatic brain injury with post-concussive syndrome by her providers and neurology specialists at UCSD Health and Scripps Clinic; (2) visual functional and visual perceptual difficulties in focusing ability, eye-teaming ability, and difficulties with visual perceptual midline, by Carl Hillier, O.D., F.C.O.V.D., San Diego Center for Vision Care; and (3) intermittent strabismus, accommodative dysfunction, perceptual dysfunction, by Claude, A Valenti, O.D. F.C.O.V.D., Optometric Vision Development Center, and stopped working.

12.     Plaintiff submitted claims under the Unum LTD Plan and the Provident Policy. Both claims were accepted, and both Unum and Provident paid benefits under the Plan and Policy due Plaintiff.  Unable to work, Plaintiff is, and has been, dependent on her benefits under the Unum LTD Plan and the Provident Policy for her maintenance, care, and support.

13.     In July, 2021, Unum and Provident, despite the fact that Plaintiff was still treating for her injuries, and the fact that Plaintiff's treating physicians continued to certify that she was totally disabled, terminated her benefits under Unum LTD Plan and the Provident Policy, including the waiver of premiums on the Unum life insurance policy.

14.     Plaintiff appealed the termination of benefits under the administrative appeal provisions of the Unum LTD Plan and asked Provident to reconsider the termination of benefits under the Provident Policy.

15.     On June 7, 2022, Unum and Provident affirmed the decisions to terminate benefits. Plaintiff has now exhausted all administrative appeals and remedies.

## FIRST CAUSE OF ACTION

### (Against Unum under the Unum LTD Plan to Recover Plan Benefits

### Pursuant to 29 U.S.C. §1132(a)(1)(B))

16.     Plaintiff realleges and incorporates by reference paragraphs 1 through 15 of the complaint as though fully set forth herein.

17.     Plaintiff has performed all conditions of the Unum LTD Plan to be performed on her part in accordance with the terms of the Plan, except those which he has been excused or prevented from performing.

18.     Defendant has breached the terms and conditions of the Unum LTD Plan by, among other things, unreasonably, arbitrarily and capriciously terminating long term total disability benefits due her under the Plan.

19.     As a direct and proximate result of the defendant's breach, Plaintiff has been denied monthly long term total disability benefits due since July, 2021, the precise amount of which will be established at the time of trial, according to proof.

20.     As a further direct and proximate result of the defendant's conduct, the plaintiff has been forced to retain the legal counsel, and has incurred and will continue to incur attorney's fees in attempting to obtain benefits under the Plan, justifying an award of attorneys' fees as provided by 29 U.S.C. §1132(g).

## SECOND CAUSE OF ACTION

### (Against Unum under the Unum LTD Plan to Clarify Right to Future Benefits

### Pursuant to 29 U.S.C. §1132(a)(1)(B))

21.     Plaintiff realleges and incorporate by reference paragraphs 1 through 20 of the complaint as though fully set forth at this point.

22.     An actual controversy has arisen, and now exists between Plaintiff and Defendant concerning their respective rights and duties under the Plan.  Plaintiff contends that she remains totally disabled within the meaning the Plan and that she is entitled to the continued payment of monthly long term disability benefits.  Defendant denies that contention and has terminated the payment of benefits under the Plan.

23.     Plaintiff desires a judicial determination of the rights and duties of the parties under the Plan on a going forward basis.  A judicial declaration is necessary and appropriate at this time because Plaintiff is dependent upon the benefits due under the Plan for her maintenance, care, and support.

24.     Plaintiff requests that the court determine that Plaintiff is totally disabled within the meaning the Plan and that she is entitled to the continued payment of monthly long term total disability benefits on a going forward basis unless and until it is reasonably determined that she is no longer totally disabled.

### THIRD CAUSE OF ACTION

**(Against Provident on the Provident Policy for**

**Breach of Insurance Contract)**

25.     Plaintiff realleges and incorporates by reference paragraphs 1 through 15 of the complaint as though fully set forth at this point.

26.     Plaintiff has performed all conditions of the Policy to be performed on her part, except those which she has been excused or prevented from performing.

27.     Defendant has breached the contract of insurance in that it has terminated, and subsequently failed and refused to pay benefits due and owing Plaintiff under the Policy.

28.     As a direct and proximate result of Defendant's breach of the insurance contract, Plaintiff has suffered and will continue to suffer damages, in an amount presently unknown, the precise amount of which will be proven at the time of trial.

/ / /

**FOURTH CAUSE OF ACTION**

**(Against Provident on the Provident Policy for Breach of Implied**

**Covenant of Good Faith and Fair Dealing)**

29.     Plaintiff realleges and incorporates by reference paragraphs 1 through 15 and 25 through 28 of the complaint as though fully set forth at this point.

30.     Defendant has breached its duty of good faith and fair dealing owing Plaintiff in at least the following respects:

(a)     failing to adequately investigate Plaintiff's claims, including but not limited to ignoring evidence or couching evidence in manner such that it would result in a pre-determined conclusion of no coverage;

(b)     failing to make insurance benefits payable at a time when Defendant knew that Plaintiff was entitled to the payment of such benefits under the terms of the Policy;

(c)     refusing in good faith to effectuate a prompt, fair and equitable settlement of the Plaintiff's claims for insurance benefits for which liability was reasonably clear;

(d)     misrepresenting pertinent facts and/or Policy provisions, including but not limited to whether Plaintiff was entitled to coverage under the Policy, in relation to the applicable law; and

(e)     failing to give Plaintiff's financial interests equal consideration to it own interests.

31.     As a direct and proximate result of Defendant's bad faith, Plaintiff has suffered and will continue to suffer damages, in an amount presently unknown, the precise amount of which will be proven at the time of trial.

32.     As a further direct and proximate result of Defendant's bad faith, Plaintiff has been forced to retain legal counsel, and has incurred, and will continue to incur attorney's fees in an effort to obtain the benefits due and owing under the Policy, thereby justifying an award of <u>Brandt</u> fees.

33.     As a further direct and proximate result of Defendant's bad faith, Plaintiff has suffered emotional distress.

34.     Defendant's conduct as alleged herein, was intentional, despicable, malicious, and oppressive, and in conscious disregard of Plaintiff's rights, justifying an award of exemplary and punitive damages in an amount sufficient to punish and make an example of Defendant.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff prays for judgment against Defendants, and each of them, on the causes of action alleged as follows:

On the First Cause of Action

    1.    For past, present, and future benefits due under the Policy and/or plan;

    2.    For prejudgment interest in an amount to be determined at the time of trial;

    3.    For reasonable attorney's fees pursuant to statute;

On the Second Cause of Action

    4.    For determination that Plaintiff is totally disabled within the meaning the Plan and that she is entitled to the continued payment of monthly long term total disability benefits on a going forward basis unless and until it is reasonably determined that she is no longer totally disabled;

    5.    For reasonable attorney's fees pursuant to statute;

On the Third Cause of Action

    6.    For contractual, consequential, and incidental damages according to proof;

    7.    For prejudgment interest according to proof;

On the Fourth Cause of Action

    8.    For compensatory damages according to proof;

    9.    For Brandt fees according to proof;

    10.    For emotional distress damages according to proof;

    11.    For punitive damages in an amount sufficient to punish and make an example of the defendant;

On All Causes of Action

    12.    For costs of suit incurred herein; and

    13.    For such other and further relief as this court may deem just and proper.

DATED: August 4, 2022                    YALE & BAUMGARTEN, LLP

                                     */s/ David W. Baumgarten*

                                 David W. Baumgarten, Attorney for Plaintiff

**EXHIBIT 1**



**Pharmaceutical Product Development, LLC**

Your Group Long Term Disability Plan

Policy No.  501313  011

Underwritten by Unum Life Insurance Company of America

4/14/2012

# CERTIFICATE OF COVERAGE

**SUBJECT:** Group Long Term Disability

Unum Life Insurance Company of America (referred to as Unum) welcomes you as a client.

This is your certificate of coverage as long as you are eligible for coverage and you become insured.  You will want to read it carefully and keep it in a safe place.

Unum has written your certificate of coverage in plain English.  However, a few terms and provisions are written as required by insurance law.  If you have any questions about any of the terms and provisions, please consult Unum's claims paying office.  Unum will assist you in any way to help you understand your benefits.

If the terms and provisions of the certificate of coverage (issued to you) are different from the policy (issued to the policyholder), the policy will govern.  Your coverage may be cancelled or changed in whole or in part under the terms and provisions of the policy.

The policy is delivered in and is governed by the laws of the governing jurisdiction and to the extent applicable by the Employee Retirement Income Security Act of 1974 (ERISA) and any amendments.  When making a benefit determination under the policy, Unum has discretionary authority to determine your eligibility for benefits and to interpret the terms and provisions of the policy.

For purposes of effective dates and ending dates under the group policy, all days begin at 12:01 a.m. and end at 12:00 midnight at the Policyholder's address.

Unum Life Insurance Company of America
2211 Congress Street
Portland, Maine 04122

**IMPORTANT CANCELLATION INFORMATION - Please read the provision entitled "When Does Your Coverage End?" found under "General Provisions".**

**PRE-EXISTING CONDITION EXCLUSIONS - The Policy contains pre-existing condition exclusions. Please read the provision entitled "What is a Pre-existing Condition?" found under "Benefit Information".**

# TABLE OF CONTENTS

BENEFITS AT A GLANCE.................................................................................B@G-LTD-1

LONG TERM DISABILITY PLAN ......................................................................B@G-LTD-1

CLAIM INFORMATION....................................................................................LTD-CLM-1

LONG TERM DISABILITY ...............................................................................LTD-CLM-1

GENERAL PROVISIONS ................................................................................EMPLOYEE-1

LONG TERM DISABILITY ................................................................................LTD-BEN-1

BENEFIT INFORMATION..................................................................................LTD-BEN-1

OTHER BENEFIT FEATURES ..........................................................................LTD-OTR-1

OTHER SERVICES............................................................................................SERVICES-1

GLOSSARY .......................................................................................................GLOSSARY-1

# BENEFITS AT A GLANCE

## LONG TERM DISABILITY PLAN

This long term disability plan provides financial protection for you by paying a portion of your income while you are disabled.  The amount you receive is based on the amount you earned before your disability began and the monthly benefit option that you chose.  In some cases, you can receive disability payments even if you work while you are disabled.

**EMPLOYER'S ORIGINAL PLAN**
**EFFECTIVE DATE:**     January 1, 1997

**PLAN YEAR:**

> January 1, 1997 to January 1, 1998 and each following January 1 to January 1

**POLICY NUMBER:**     501313  011

**ELIGIBLE GROUP(S):**

> All Employees in active employment

**MINIMUM HOURS REQUIREMENT:**

> Employees must be working at least 30 hours per week.

**WAITING PERIOD:**

> For employees in an eligible group on or before January 1, 1997:  The greater of the waiting period in effect under the prior Unum plan, if any, or None

> For employees entering an eligible group after January 1, 1997:  First of the month following the date you enter an eligible group

**REHIRE:**

> If your employment ends and you are rehired within 12 months, your previous work while in an eligible group will apply toward the waiting period.  All other policy provisions apply.

**WHO PAYS FOR THE COVERAGE:**

> Your Employer pays the cost of your coverage.

**ELIMINATION PERIOD:**

> 180 days

Benefits begin the day after the elimination period is completed.

**MONTHLY BENEFIT:**

> 60% of monthly earnings to a maximum benefit of $10,000 per month.

> **Your payment may be reduced by deductible sources of income and disability earnings. Some disabilities may not be covered or may have limited coverage under this plan.**

**MAXIMUM PERIOD OF PAYMENT:**

| Age at Disability | Maximum Period of Payment |
|---|---|
| Less than age 60 | To age 65, but not less than 5 years |
| Age 60 | 60 months |
| Age 61 | 48 months |
| Age 62 | 42 months |

| | |
|---|---|
| Age 63 | 36 months |
| Age 64 | 30 months |
| Age 65 | 24 months |
| Age 66 | 21 months |
| Age 67 | 18 months |
| Age 68 | 15 months |
| Age 69 and over | 12 months |

No premium payments are required for your coverage while you are receiving payments under this plan.

**OTHER FEATURES:**

Continuity of Coverage

Minimum Benefit

Pre-Existing: 3/12

Survivor Benefit

**The above items are only highlights of this plan.  For a full description of your coverage, continue reading your certificate of coverage section.**

The plan includes enrollment, risk management and other support services related to your Employer's Benefit Program.

# CLAIM INFORMATION

# LONG TERM DISABILITY

### *WHEN DO YOU NOTIFY UNUM OF A CLAIM?*

We encourage you to notify us of your claim as soon as possible, so that a claim decision can be made in a timely manner.  Written notice of a claim should be sent within 30 days after the date your disability begins.  However, you must send Unum written proof of your claim no later than 180 days after your elimination period.  If it is not possible to give proof within 180 days, it must be given no later than 1 year after the time proof is otherwise required except in the absence of legal capacity.

The claim form is available from your Employer, or you can request a claim form from us.  If you do not receive the form from Unum within 15 days of your request, send Unum written proof of claim without waiting for the form.

You must notify us immediately when you return to work in any capacity.

### *HOW DO YOU FILE A CLAIM?*

You and your Employer must fill out your own sections of the claim form and then give it to your attending physician.  Your physician should fill out his or her section of the form and send it directly to Unum.

### *WHAT INFORMATION IS NEEDED AS PROOF OF YOUR CLAIM?*

Your proof of claim, provided at your expense, must show:

- that you are under the **regular care** of a **physician**;
- the appropriate documentation of your monthly earnings;
- the date your disability began;
- the cause of your disability;
- the extent of your disability, including restrictions and limitations preventing you from performing your regular occupation; and
- the name and address of any **hospital or institution** where you received treatment, including all attending physicians.

We may request that you send proof of continuing disability indicating that you are under the regular care of a physician.  This proof, provided at your expense, must be received within 45 days of a request by us.

In some cases, you will be required to give Unum authorization to obtain additional medical information and to provide non-medical information as part of your proof of claim, or proof of continuing disability. Unum will deny your claim, or stop sending you payments, if the appropriate information is not submitted.

### *TO WHOM WILL UNUM MAKE PAYMENTS?*

Unum will make payments to you.

### *WHAT HAPPENS IF UNUM OVERPAYS YOUR CLAIM?*

Unum has the right to recover any overpayments due to:

- fraud;
- any error Unum makes in processing a claim; and
- your receipt of deductible sources of income.

You must reimburse us in full.  We will determine the method by which the repayment is to be made.

Unum will not recover more money than the amount we paid you.

# GENERAL PROVISIONS

### WHAT IS THE CERTIFICATE OF COVERAGE?

This certificate of coverage is a written statement prepared by Unum and may include attachments.  It tells you:

- the coverage for which you may be entitled;
- to whom Unum will make a payment; and
- the limitations, exclusions and requirements that apply within a plan.

### WHEN ARE YOU ELIGIBLE FOR COVERAGE?

If you are working for your Employer in an eligible group, the date you are eligible for coverage is the later of:

- the plan effective date; or
- the day after you complete your **waiting period**.

### WHEN DOES YOUR COVERAGE BEGIN?

Your Employer pays 100% of the cost of your coverage under the basic benefit.  You will automatically be covered under the basic benefit at 12:01 a.m. on the date you are eligible for coverage.

### WHAT IF YOU ARE ABSENT FROM WORK ON THE DATE YOUR COVERAGE WOULD NORMALLY BEGIN?

If you are absent from work due to injury, sickness, temporary layoff or leave of absence, your coverage will begin on the date you return to **active employment**.

### ONCE YOUR COVERAGE BEGINS, WHAT HAPPENS IF YOU ARE TEMPORARILY NOT WORKING?

If you are on a temporary **layoff**, and if premium is paid, you will be covered through the end of the month that immediately follows the month in which your temporary layoff begins.

If you are on a **leave of absence**, and if premium is paid, you will be covered through the end of the month that immediately follows the month in which your leave of absence begins.

### WHEN WILL CHANGES TO YOUR COVERAGE TAKE EFFECT?

Once your coverage begins, any increased or additional coverage due to a change in your monthly earnings or due to a plan change requested by your Employer will take effect immediately if you are in active employment or if you are on a covered layoff or leave of absence.  If you are not in active employment due to injury or sickness, any increased or additional coverage will begin on the date you return to active employment.

Any decrease in coverage will take effect immediately but will not affect a **payable claim** that occurs prior to the decrease.

## *WHEN DOES YOUR COVERAGE END?*

Your coverage under the policy or a plan ends on the earliest of:

- the date you no longer are in an eligible group;
- the date your eligible group is no longer covered;
- the last day of the period for which you made any required contributions;
- the last day you are in active employment except as provided under the covered layoff or leave of absence provision;
- the date the policy or a plan is cancelled.  In addition to nonpayment of premium, Unum may cancel the policy or a plan if:
  - participation requirements are not met;
  - fewer than 30 employees are insured under the plan;
  - the Policyholder does not promptly provide us with information that is reasonably required; or
  - the Policyholder fails to perform any of its obligations that relate to the policy.

Unum will provide coverage for a payable claim which occurs while you are covered under the policy or plan.

## *WHAT ARE THE TIME LIMITS FOR LEGAL PROCEEDINGS?*

You can start legal action regarding your claim 60 days after proof of claim has been given and up to 3 years from the time proof of claim is required, unless otherwise provided under federal law.

## *HOW CAN STATEMENTS MADE IN YOUR APPLICATION FOR THIS COVERAGE BE USED?*

Unum considers any statements you or your Employer make in a signed application for coverage a representation and not a warranty.  If any of the statements you or your Employer make are not complete and/or not true at the time they are made, we can:

- reduce or deny any claim; or
- cancel your coverage from the original effective date.

We will use only statements made in a signed application as a basis for doing this.

If the Employer gives us information about you that is incorrect, we will:

- use the facts to decide whether you have coverage under the plan and in what amounts; and
- make a fair adjustment of the premium.

## *HOW WILL UNUM HANDLE INSURANCE FRAUD?*

Unum wants to ensure you and your Employer do not incur additional insurance costs as a result of the undermining effects of insurance fraud.  Unum promises to focus on all means necessary to support fraud detection, investigation, and prosecution.

It is a crime if you knowingly, and with intent to injure, defraud or deceive Unum, or provide any information, including filing a claim, that contains any false, incomplete

or misleading information. These actions, as well as submission of materially false information, will result in denial of your claim, and are subject to prosecution and punishment to the full extent under state and/or federal law. Unum will pursue all appropriate legal remedies in the event of insurance fraud.

### DOES THE POLICY REPLACE OR AFFECT ANY WORKERS' COMPENSATION OR STATE DISABILITY INSURANCE?

The policy does not replace or affect the requirements for coverage by any workers' compensation or state disability insurance.

### DOES YOUR EMPLOYER ACT AS YOUR AGENT OR UNUM'S AGENT?

For purposes of the policy, your Employer acts on its own behalf or as your agent. Under no circumstances will your Employer be deemed the agent of Unum.

# LONG TERM DISABILITY

# BENEFIT INFORMATION

### *HOW DOES UNUM DEFINE DISABILITY?*

**VP, Executive VP, Sr. VP, COO, CFO, CEO and President**
You are disabled when Unum determines that:

- you are **limited** from performing the **material and substantial duties** of your **regular occupation** due to your **sickness** or **injury**; and
- you have a 20% or more loss in your **indexed monthly earnings** due to the same sickness or injury.

The loss of a professional or occupational license or certification does not, in itself, constitute disability.

We may require you to be examined by a physician, other medical practitioner or vocational expert of our choice.  Unum will pay for this examination.  We can require an examination as often as it is reasonable to do so.  We may also require you to be interviewed by an authorized Unum Representative.

**All Employees not eligible in another group**
You are disabled when Unum determines that:

- you are **limited** from performing the **material and substantial duties** of your **regular occupation** due to your **sickness** or **injury**; and
- you have a 20% or more loss in your **indexed monthly earnings** due to the same sickness or injury.

After 24 months of payments, you are disabled when Unum determines that due to the same sickness or injury, you are unable to perform the duties of any **gainful occupation** for which you are reasonably fitted by education, training or experience.

The loss of a professional or occupational license or certification does not, in itself, constitute disability.

We may require you to be examined by a physician, other medical practitioner or vocational expert of our choice.  Unum will pay for this examination.  We can require an examination as often as it is reasonable to do so.  We may also require you to be interviewed by an authorized Unum Representative.

### *HOW LONG MUST YOU BE DISABLED BEFORE YOU ARE ELIGIBLE TO RECEIVE BENEFITS?*

You must be continuously disabled through your **elimination period**.  Unum will treat your disability as continuous if your disability stops for 30 days or less during the elimination period.  The days that you are not disabled will not count toward your elimination period.

Your elimination period is 180 days.

## CAN YOU SATISFY YOUR ELIMINATION PERIOD IF YOU ARE WORKING?

Yes, provided you meet the definition of disability.

## WHEN WILL YOU BEGIN TO RECEIVE PAYMENTS?

You will begin to receive payments when we approve your claim, providing the elimination period has been met and you are disabled.  We will send you a payment monthly for any period for which Unum is liable.

## HOW MUCH WILL UNUM PAY YOU IF YOU ARE DISABLED?

We will follow this process to figure your payment:

1. Multiply your monthly earnings by 60%.
2. The maximum **monthly benefit** is $10,000.
3. Compare the answer from Item 1 with the maximum monthly benefit.  The lesser of these two amounts is your **gross disability payment**.
4. Subtract from your gross disability payment any **deductible sources of income**.

The amount figured in Item 4 is your **monthly payment**.

## WHAT ARE YOUR MONTHLY EARNINGS?

"Monthly Earnings" means your gross monthly income from your Employer in effect just prior to your date of disability.  It includes your total income before taxes.  It is prior to any deductions made for pre-tax contributions to a qualified deferred compensation plan, Section 125 plan, or flexible spending account.  It does not include income received from commissions, bonuses, overtime pay, shift differential or any other extra compensation, or income received from sources other than your Employer.

## WHAT WILL WE USE FOR MONTHLY EARNINGS IF YOU BECOME DISABLED DURING A COVERED LAYOFF OR LEAVE OF ABSENCE?

If you become disabled while you are on a covered layoff or leave of absence, we will use your monthly earnings from your Employer in effect just prior to the date your absence begins.

## HOW MUCH WILL UNUM PAY YOU IF YOU ARE DISABLED AND WORKING?

**VP, Executive VP, Sr. VP, COO, CFO, CEO and President**
We will send you the monthly payment if you are disabled and your monthly **disability earnings**, if any, are less than 20% of your indexed monthly earnings, due to the same sickness or injury.

If you are disabled and your monthly disability earnings are from 20% through 80% of your indexed monthly earnings, due to the same sickness or injury, Unum will figure your payment as follows:

During the first 12 months of payments, while working, your monthly payment will not be reduced as long as disability earnings plus the gross disability payment does not exceed 100% of indexed monthly earnings.

1.  Add your monthly disability earnings to your gross disability payment.
2.  Compare the answer in Item 1 to your indexed monthly earnings.

If the answer from Item 1 is less than or equal to 100% of your indexed monthly earnings, Unum will not further reduce your monthly payment.

If the answer from Item 1 is more than 100% of your indexed monthly earnings, Unum will subtract the amount over 100% from your monthly payment.

After 12 months of payments, while working, you will receive payments based on the percentage of income you are losing due to your disability.

1.  Subtract your disability earnings from your indexed monthly earnings.
2.  Divide the answer in Item 1 by your indexed monthly earnings.  This is your percentage of lost earnings.
3.  Multiply your monthly payment by the answer in Item 2.

This is the amount Unum will pay you each month.

Unum may require you to send proof of your monthly disability earnings at least quarterly.  We will adjust your payment based on your quarterly disability earnings.

As part of your proof of disability earnings, we can require that you send us appropriate financial records which we believe are necessary to substantiate your income.

After the elimination period, if you are disabled for less than 1 month, we will send you 1/30 of your payment for each day of disability.

**All Employees not eligible in another group**
We will send you the monthly payment if you are disabled and your monthly **disability earnings**, if any, are less than 20% of your indexed monthly earnings, due to the same sickness or injury.

If you are disabled and your monthly disability earnings are 20% or more of your indexed monthly earnings, due to the same sickness or injury, Unum will figure your payment as follows:

During the first 12 months of payments, while working, your monthly payment will not be reduced as long as disability earnings plus the gross disability payment does not exceed 100% of indexed monthly earnings.

1.  Add your monthly disability earnings to your gross disability payment.
2.  Compare the answer in Item 1 to your indexed monthly earnings.

If the answer from Item 1 is less than or equal to 100% of your indexed monthly earnings, Unum will not further reduce your monthly payment.

If the answer from Item 1 is more than 100% of your indexed monthly earnings, Unum will subtract the amount over 100% from your monthly payment.

After 12 months of payments, while working, you will receive payments based on the percentage of income you are losing due to your disability.

1. Subtract your disability earnings from your indexed monthly earnings.
2. Divide the answer in Item 1 by your indexed monthly earnings.  This is your percentage of lost earnings.
3. Multiply your monthly payment by the answer in Item 2.

This is the amount Unum will pay you each month.

During the first 24 months of disability payments, if your monthly disability earnings exceed 80% of your indexed monthly earnings, Unum will stop sending you payments and your claim will end.

Beyond 24 months of disability payments, if your monthly disability earnings exceed the gross disability payment, Unum will stop sending you payments and your claim will end.

Unum may require you to send proof of your monthly disability earnings at least quarterly.  We will adjust your payment based on your quarterly disability earnings.

As part of your proof of disability earnings, we can require that you send us appropriate financial records which we believe are necessary to substantiate your income.

After the elimination period, if you are disabled for less than 1 month, we will send you 1/30 of your payment for each day of disability.

### *HOW CAN WE PROTECT YOU IF YOUR DISABILITY EARNINGS FLUCTUATE?*

**VP, Executive VP, Sr. VP, COO, CFO, CEO and President**
If your disability earnings routinely fluctuate widely from month to month, Unum may average your disability earnings over the most recent 3 months to determine if your claim should continue.

If Unum averages your disability earnings, we will not terminate your claim unless the average of your disability earnings from the last 3 months exceeds 80% of indexed monthly earnings.

We will not pay you for any month during which disability earnings exceed 80% of indexed monthly earnings.

**All Employees not eligible in another group**
If your disability earnings routinely fluctuate widely from month to month, Unum may average your disability earnings over the most recent 3 months to determine if your claim should continue.

If Unum averages your disability earnings, we will not terminate your claim unless:

- During the first 24 months of disability payments, the average of your disability earnings from the last 3 months exceeds 80% of indexed monthly earnings; or
- Beyond 24 months of disability payments, the average of your disability earnings from the last 3 months exceeds the gross disability payment.

We will not pay you for any month during which disability earnings exceed the amount allowable under the plan.

### WHAT ARE DEDUCTIBLE SOURCES OF INCOME?

Unum will subtract from your gross disability payment the following deductible sources of income:

1.  The amount that you receive or are entitled to receive under:

    - a workers' compensation law.
    - an occupational disease law.
    - any other **act** or **law** with similar intent.

2.  The amount that you receive or are entitled to receive as disability income payments under any:

    - state compulsory benefit **act** or **law**.
    - other group insurance plan.
    - governmental retirement system as a result of your job with your Employer.

3.  The amount that you, your spouse and your children receive or are entitled to receive as disability payments because of your disability under:

    - the United States Social Security Act.
    - the Canada Pension **Plan**.
    - the Quebec Pension Plan.
    - any similar plan or act.

4.  The amount that you receive as retirement payments or the amount your spouse and children receive as retirement payments because you are receiving retirement payments under:

    - the United States Social Security Act.
    - the Canada Pension Plan.
    - the Quebec Pension Plan.
    - any similar plan or act.

5.  The amount that you:

    - receive as disability payments under your Employer's **retirement plan**.
    - voluntarily elect to receive as retirement payments under your Employer's retirement plan.
    - are eligible to receive as retirement payments when you reach the later of age 62 or normal retirement age, as defined in your Employer's retirement plan.

    Disability payments under a retirement plan will be those benefits which are paid due to disability and do not reduce the retirement benefit which would have been paid if the disability had not occurred.

    Retirement payments will be those benefits which are based on your Employer's contribution to the retirement plan.  Disability benefits which reduce the retirement benefit under the plan will also be considered as a retirement benefit.

Regardless of how the retirement funds from the retirement plan are distributed, Unum will consider your and your Employer's contributions to be distributed simultaneously throughout your lifetime.

Amounts received do not include amounts rolled over or transferred to any eligible retirement plan. Unum will use the definition of eligible retirement plan as defined in Section 402 of the Internal Revenue Code including any future amendments which affect the definition.

6. The amount that you receive under Title 46, United States Code Section 688 (The Jones Act).

With the exception of retirement payments, Unum will only subtract deductible sources of income which are payable as a result of the same disability.

We will not reduce your payment by your Social Security retirement income if your disability begins after age 65 and you were already receiving Social Security retirement payments.

### WHAT ARE NOT DEDUCTIBLE SOURCES OF INCOME?

Unum will not subtract from your gross disability payment income you receive from, but not limited to, the following:

- 401(k) plans
- profit sharing plans
- thrift plans
- tax sheltered annuities
- stock ownership plans
- non-qualified plans of deferred compensation
- pension plans for partners
- military pension and disability income plans
- credit disability insurance
- franchise disability income plans
- a retirement plan from another Employer
- individual retirement accounts (IRA)
- individual disability income plans
- **salary continuation** or **accumulated sick leave** plans

### WHAT IF SUBTRACTING DEDUCTIBLE SOURCES OF INCOME RESULTS IN A ZERO BENEFIT? (Minimum Benefit)

The minimum monthly payment is the greater of:

- $100; or
- 10% of your gross disability payment.

Unum may apply this amount toward an outstanding overpayment.

### *WHAT HAPPENS WHEN YOU RECEIVE A COST OF LIVING INCREASE FROM DEDUCTIBLE SOURCES OF INCOME?*

Once Unum has subtracted any deductible source of income from your gross disability payment, Unum will not further reduce your payment due to a cost of living increase from that source.

### *WHAT IF UNUM DETERMINES YOU MAY QUALIFY FOR DEDUCTIBLE INCOME BENEFITS?*

When we determine that you may qualify for benefits under Item(s) 1, 2 and 3  in the deductible sources of income section, we will estimate your entitlement to these benefits.  We can reduce your payment by the estimated amounts if such benefits:

- have not been awarded; and
- have not been denied; or
- have been denied and the denial is being appealed.

Your Long Term Disability payment will NOT be reduced by the estimated amount if you:

- apply for the disability payments under Item(s) 1, 2 and 3  in the deductible sources of income section and appeal your denial to all administrative levels Unum feels are necessary; and
- sign Unum's payment option form.  This form states that you promise to pay us any overpayment caused by an award.

If your payment has been reduced by an estimated amount, your payment will be adjusted when we receive proof:

- of the amount awarded; or
- that benefits have been denied and all appeals Unum feels are necessary have been completed.  In this case, a lump sum refund of the estimated amount will be made to you.

If you receive a lump sum payment from any deductible sources of income, the lump sum will be pro-rated on a monthly basis over the time period for which the sum was given.  If no time period is stated, we will use a reasonable one.

### *HOW LONG WILL UNUM CONTINUE TO SEND YOU PAYMENTS?*

Unum will send you a payment each month up to the **maximum period of payment**. Your maximum period of payment is based on your age at disability as follows:

| Age at Disability | Maximum Period of Payment |
|---|---|
| Less than age 60 | To age 65, but not less than 5 years |
| Age 60 | 60 months |
| Age 61 | 48 months |
| Age 62 | 42 months |
| Age 63 | 36 months |
| Age 64 | 30 months |
| Age 65 | 24 months |
| Age 66 | 21 months |

| | |
|---|---|
| Age 67 | 18 months |
| Age 68 | 15 months |
| Age 69 and over | 12 months |

## WHEN WILL PAYMENTS STOP?

We will stop sending you payments and your claim will end on the earliest of the following:

**VP, Executive VP, Sr. VP, COO, CFO, CEO and President**
- when you are able to work in your regular occupation on a **part-time basis** but you choose not to;
- the end of the maximum period of payment;
- the date you are no longer disabled under the terms of the plan;
- the date you fail to submit proof of continuing disability;
- the date your disability earnings exceed the amount allowable under the plan;
- the date you die.

**All Employees not eligible in another group**
- during the first 24 months of payments, when you are able to work in your regular occupation on a **part-time basis** but you choose not to;
- after 24 months of payments, when you are able to work in any gainful occupation on a part-time basis but you choose not to;
- the end of the maximum period of payment;
- the date you are no longer disabled under the terms of the plan;
- the date you fail to submit proof of continuing disability;
- the date your disability earnings exceed the amount allowable under the plan;
- the date you die.

## WHAT DISABILITIES HAVE A LIMITED PAY PERIOD UNDER YOUR PLAN?

Disabilities, due to sickness or injury, which are primarily based on **self-reported symptoms**, and disabilities due to **mental illness** have a limited pay period up to 12 months.

Unum will continue to send you payments beyond the 12 month period if you meet one or both of these conditions:

1. If you are confined to a **hospital or institution** at the end of the 12 month period, Unum will continue to send you payments during your confinement.

   If you are still disabled when you are discharged, Unum will send you payments for a recovery period of up to 90 days.

   If you become reconfined at any time during the recovery period and remain confined for at least 14 days in a row, Unum will send payments during that additional confinement and for one additional recovery period up to 90 more days.

2. In addition to Item 1, if, after the 12 month period for which you have received payments, you continue to be disabled and subsequently become confined to a hospital or institution for at least 14 days in a row, Unum will send payments during the length of the reconfinement.

Unum will not pay beyond the limited pay period as indicated above, or the maximum period of payment, whichever occurs first.

Unum will not apply the mental illness limitation to dementia if it is a result of:

- stroke;
- trauma;
- viral infection;
- Alzheimer's disease; or
- other conditions not listed which are not usually treated by a mental health provider or other qualified provider using psychotherapy, psychotropic drugs, or other similar methods of treatment.

### WHAT DISABILITIES ARE NOT COVERED UNDER YOUR PLAN?

Your plan does not cover any disabilities caused by, contributed to by, or resulting from your:

- intentionally self-inflicted injuries.
- active participation in a riot.
- loss of a professional license, occupational license or certification.
- commission of a crime for which you have been convicted under state or federal law.
- pre-existing condition.

Your plan will not cover a disability due to war, declared or undeclared, or any act of war.

Unum will not pay a benefit for any period of disability during which you are incarcerated.

### WHAT IS A PRE-EXISTING CONDITION?

You have a pre-existing condition when you apply for coverage when you first become eligible if:

- you received medical treatment, consultation, care or services including diagnostic measures, or took prescribed drugs or medicines in the 3 months just prior to your effective date of coverage; or you had symptoms for which an ordinarily prudent person would have consulted a health care provider in the 3 months just prior to your effective date of coverage; and
- the disability begins in the first 12 months after your effective date of coverage.

In addition, this plan will not cover an increase in your coverage made at an annual enrollment period if you have a pre-existing condition.  You have a pre-existing condition if:

- you received medical treatment, consultation, care or services including diagnostic measures, or took prescribed drugs or medicines in the 3 months just prior to the date your coverage increased; or you had symptoms for which an ordinarily prudent person would have consulted a health care provider in the 3 months just prior to the date your coverage increased; and
- the disability begins in the first 12 months after your coverage increased.

### WHAT HAPPENS IF YOU RETURN TO WORK FULL TIME AND YOUR DISABILITY OCCURS AGAIN?

If you have a **recurrent disability**, Unum will treat your disability as part of your prior claim and you will not have to complete another elimination period if:

- you were continuously insured under the plan for the period between your prior claim and your recurrent disability; and
- your recurrent disability occurs within 6 months of the end of your prior claim.

Your recurrent disability will be subject to the same terms of this plan as your prior claim.

Any disability which occurs after 6 months from the date your prior claim ended will be treated as a new claim.  The new claim will be subject to all of the policy provisions.

If you become entitled to payments under any other group long term disability plan, you will not be eligible for payments under the Unum plan.

# LONG TERM DISABILITY

# OTHER BENEFIT FEATURES

**WHAT BENEFITS WILL BE PROVIDED TO YOUR FAMILY IF YOU DIE? (Survivor Benefit)**

When Unum receives proof that you have died, we will pay your **eligible survivor** a lump sum benefit equal to 3 months of your gross disability payment if, on the date of your death:

- your disability had continued for 180 or more consecutive days; and
- you were receiving or were entitled to receive payments under the plan.

If you have no eligible survivors, payment will be made to your estate, unless there is none.  In this case, no payment will be made.

However, we will first apply the survivor benefit to any overpayment which may exist on your claim.

**WHAT IF YOU ARE NOT IN ACTIVE EMPLOYMENT WHEN YOUR EMPLOYER CHANGES INSURANCE CARRIERS TO UNUM? (Continuity of Coverage)**

When the plan becomes effective, Unum will provide coverage for you if:

- you are not in active employment because of a sickness or injury; and
- you were covered by the prior policy.

Your coverage is subject to payment of premium.

Your payment will be limited to the amount that would have been paid by the prior carrier.  Unum will reduce your payment by any amount for which your prior carrier is liable.

**WHAT IF YOU HAVE A DISABILITY DUE TO A PRE-EXISTING CONDITION WHEN YOUR EMPLOYER CHANGES INSURANCE CARRIERS TO UNUM? (Continuity of Coverage)**

Unum may send a payment if your disability results from a pre-existing condition if, you were:

- in active employment and insured under the plan on its effective date; and
- insured by the prior policy at the time of change.

In order to receive a payment you must satisfy the pre-existing condition provision under:

1. the Unum plan; or
2. the prior carrier's plan, if benefits would have been paid had that policy remained in force.

If you do not satisfy Item 1 or 2 above, Unum will not make any payments.

If you satisfy Item 1, we will determine your payments according to the Unum plan provisions.

If you only satisfy Item 2, we will administer your claim according to the Unum plan provisions.  However, your payment will be the lesser of:

a. the monthly benefit that would have been payable under the terms of the prior plan if it had remained inforce; or
b. the monthly payment under the Unum plan.

Your benefits will end on the earlier of the following dates:

1. the end of the maximum benefit period under the plan; or
2. the date benefits would have ended under the prior plan if it had remained in force.

# OTHER SERVICES

These services are also available from us as part of your Unum Long Term Disability plan.

### HOW CAN UNUM HELP YOUR EMPLOYER IDENTIFY AND PROVIDE WORKSITE MODIFICATION?

A worksite modification might be what is needed to allow you to perform the material and substantial duties of your regular occupation with your Employer.  One of our designated professionals will assist you and your Employer to identify a modification we agree is likely to help you remain at work or return to work.  This agreement will be in writing and must be signed by you, your Employer and Unum.

When this occurs, Unum will reimburse your Employer for the cost of the modification, up to the greater of:

- $1,000; or
- the equivalent of 2 months of your monthly benefit.

This benefit is available to you on a one time only basis.

### HOW CAN UNUM'S REHABILITATION SERVICE HELP YOU RETURN TO WORK?

Unum has a vocational rehabilitation program available to assist you to return to work.  This program is offered as a service, and is voluntary on your part and on Unum's part.

In addition to referrals made to the rehabilitation program by our claims paying personnel, you may request to have your claim file reviewed by one of Unum's rehabilitation professionals.  As your file is reviewed, medical and vocational information will be analyzed to determine if rehabilitation services might help you return to gainful employment.

Once the initial review is completed, Unum may elect to offer you a return-to-work program.  The return-to-work program may include, but is not limited to, the following services:

- coordination with your Employer to assist you to return to work;
- evaluation of adaptive equipment to allow you to return to work;
- vocational evaluation to determine how your disability may impact your employment options;
- job placement services;
- resume preparation;
- job seeking skills training; or
- retraining for a new occupation.

### HOW CAN UNUM'S SOCIAL SECURITY CLAIMANT ADVOCACY PROGRAM ASSIST YOU WITH OBTAINING SOCIAL SECURITY DISABILITY BENEFITS?

In order to be eligible for assistance from Unum's Social Security claimant advocacy program, you must be receiving monthly payments from us.  Unum can provide expert advice regarding your claim and assist you with your application or appeal.

Receiving Social Security benefits may enable:

- you to receive Medicare after 24 months of disability payments;
- you to protect your retirement benefits; and
- your family to be eligible for Social Security benefits.

We can assist you in obtaining Social Security disability benefits by:

- helping you find appropriate legal representation;
- obtaining medical and vocational evidence; and
- reimbursing pre-approved case management expenses.

# GLOSSARY

**ACTIVE EMPLOYMENT** means you are working for your Employer for earnings that are paid regularly and that you are performing the material and substantial duties of your regular occupation.  You must be working at least the minimum number of hours as described under Eligible Group(s) in each plan.

Your work site must be:

- your Employer's usual place of business;
- an alternative work site at the direction of your Employer, including your home; or
- a location to which your job requires you to travel.

Normal vacation is considered active employment.
Temporary and seasonal workers are excluded from coverage.

**DEDUCTIBLE SOURCES OF INCOME** means income from deductible sources listed in the plan which you receive or are entitled to receive while you are disabled.  This income will be subtracted from your gross disability payment.

**DISABILITY EARNINGS** means the earnings which you receive while you are disabled and working, plus the earnings you could receive if you were working to your **maximum capacity**.

**ELIMINATION PERIOD** means a period of continuous disability which must be satisfied before you are eligible to receive benefits from Unum.

**EMPLOYEE** means a person who is in active employment with the Employer.

**EMPLOYER** means the Policyholder, and includes any division, subsidiary or affiliated company named in the policy.

**All Employees excluding VP, Executive VP, Sr. VP, COO, CFO, CEO and President
GAINFUL OCCUPATION** means an occupation that is or can be expected to provide you with an income at least equal to your gross disability payment within 12 months of your return to work.

**GRACE PERIOD** means the period of time following the premium due date during which premium payment may be made.

**GROSS DISABILITY PAYMENT** means the benefit amount before Unum subtracts deductible sources of income and disability earnings.

**HOSPITAL OR INSTITUTION** means an accredited facility licensed to provide care and treatment for the condition causing your disability.

**INDEXED MONTHLY EARNINGS** means your monthly earnings adjusted on each anniversary of benefit payments by the lesser of 10% or the current annual percentage increase in the Consumer Price Index.  Your indexed monthly earnings may increase or remain the same, but will never decrease.

The Consumer Price Index (CPI-W) is published by the U.S. Department of Labor. Unum reserves the right to use some other similar measurement if the Department of Labor changes or stops publishing the CPI-W.

Indexing is only used to determine your percentage of lost earnings while you are disabled and working.

**INJURY** means a bodily injury that is the direct result of an accident and not related to any other cause.  Disability must begin while you are covered under the plan.

**INSURED** means any person covered under a plan.

**LAW, PLAN OR ACT** means the original enactments of the law, plan or act and all amendments.

**LAYOFF** or **LEAVE OF ABSENCE** means you are temporarily absent from active employment for a period of time that has been agreed to in advance in writing by your Employer.

Your normal vacation time or any period of disability is not considered a temporary layoff or leave of absence.

**LIMITED** means what you cannot or are unable to do.

**MATERIAL AND SUBSTANTIAL DUTIES** means duties that:

- are normally required for the performance of your regular occupation; and
- cannot be reasonably omitted or modified, except that if you are required to work on average in excess of 40 hours per week, Unum will consider you able to perform that requirement if you are working or have the capacity to work 40 hours per week.

**VP, Executive VP, Sr. VP, COO, CFO, CEO and President**
**MAXIMUM CAPACITY** means, based on your restrictions and limitations, the greatest extent of work you are able to do in your regular occupation, that is reasonably available.

**All Employees not eligible in another group**
**MAXIMUM CAPACITY** means, based on your restrictions and limitations:

- during the first 24 months of disability, the greatest extent of work you are able to do in your regular occupation, that is reasonably available.
- beyond 24 months of disability, the greatest extent of work you are able to do in any occupation, that is reasonably available, for which you are reasonably fitted by education, training or experience.

**MAXIMUM PERIOD OF PAYMENT** means the longest period of time Unum will make payments to you for any one period of disability.

**MENTAL ILLNESS** means a psychiatric or psychological condition regardless of cause such as schizophrenia, depression, manic depressive or bipolar illness, anxiety, personality disorders and/or adjustment disorders or other conditions.  These conditions are usually treated by a mental health provider or other qualified provider using psychotherapy, psychotropic drugs, or other similar methods of treatment.

**MONTHLY BENEFIT** means the total benefit amount for which an employee is insured under this plan subject to the maximum benefit.

**MONTHLY EARNINGS** means your gross monthly income from your Employer as defined in the plan.

**MONTHLY PAYMENT** means your payment after any deductible sources of income have been subtracted from your gross disability payment.

**VP, Executive VP, Sr. VP, COO, CFO, CEO and President**
**PART-TIME BASIS** means the ability to work and earn between 20% and 80% of your indexed monthly earnings.

**All Employees not eligible in another group**
**PART-TIME BASIS** means the ability to work and earn 20% or more of your indexed monthly earnings.

**PAYABLE CLAIM** means a claim for which Unum is liable under the terms of the policy.

**PHYSICIAN** means:

- a person performing tasks that are within the limits of his or her medical license; and
- a person who is licensed to practice medicine and prescribe and administer drugs or to perform surgery; or
- a person with a doctoral degree in Psychology (Ph.D. or Psy.D.) whose primary practice is treating patients; or
- a person who is a legally qualified medical practitioner according to the laws and regulations of the governing jurisdiction.

Unum will not recognize you, or your spouse, children, parents or siblings as a physician for a claim that you send to us.

**PLAN** means a line of coverage under the policy.

**PRE-EXISTING CONDITION** means a condition for which you received medical treatment, consultation, care or services including diagnostic measures, or took prescribed drugs or medicines for your condition during the given period of time as stated in the plan; or you had symptoms for which an ordinarily prudent person would have consulted a health care provider during the given period of time as stated in the plan.

**RECURRENT DISABILITY** means a disability which is:

- caused by a worsening in your condition; and
- due to the same cause(s) as your prior disability for which Unum made a Long Term Disability payment.

**REGULAR CARE** means:

- you personally visit a physician as frequently as is medically required, according to generally accepted medical standards, to effectively manage and treat your disabling condition(s); and
- you are receiving the most appropriate treatment and care which conforms with generally accepted medical standards, for your disabling condition(s) by a physician whose specialty or experience is the most appropriate for your disabling condition(s), according to generally accepted medical standards.

If you have reached your maximum point of recovery and do not require prescription medications or other therapies to maintain that level of recovery, but you are still disabled under the terms of the plan, you will not be required to personally visit a physician or be under the care of a physician on a regular basis.

**REGULAR OCCUPATION** means the occupation you are routinely performing when your disability begins.  Unum will look at your occupation as it is normally performed in the national economy, instead of how the work tasks are performed for a specific employer or at a specific location.

**RETIREMENT PLAN** means a defined contribution plan or defined benefit plan.  These are plans which provide retirement benefits to employees and are not funded entirely by employee contributions. Retirement Plan includes but is not limited to any plan which is part of any federal, state, county, municipal or association retirement system.

**SALARY CONTINUATION OR ACCUMULATED SICK LEAVE** means continued payments to you by your Employer of all or part of your monthly earnings, after you become disabled as defined by the Policy.  This continued payment must be part of an established plan maintained by your Employer for the benefit of all employees covered under the Policy.  Salary continuation or accumulated sick leave does not include compensation paid to you by your Employer for work you actually perform after your disability begins.  Such compensation is considered disability earnings, and would be taken into account in calculating your monthly payment.

**SELF-REPORTED SYMPTOMS** means the manifestations of your condition which you tell your physician, that are not verifiable using tests, procedures or clinical examinations standarrdly accepted in the practice of medicine. Examples of self-reported symptoms include, but are not limited to headaches, pain, fatigue, stiffness, soreness, ringing in ears, dizziness, numbness and loss of energy.

**SICKNESS** means an illness or disease.  Disability must begin while you are covered under the plan.

**SURVIVOR, ELIGIBLE** means your spouse, if living; otherwise your children under age 25 equally.

**WAITING PERIOD** means the continuous period of time (shown in each plan) that you must be in active employment in an eligible group before you are eligible for coverage under a plan.

**WE,  US** and **OUR** means Unum Life Insurance Company of America.

**YOU** means an employee who is eligible for Unum coverage.

# ERISA

### Additional Summary Plan Description Information

If this policy provides benefits under a Plan which is subject to the Employee Retirement Income Security Act of 1974 (ERISA), the following provisions apply.  These provisions, together with your certificate of coverage, constitute the summary plan description.  The summary plan description and the policy constitute the Plan.  Benefit determinations are controlled exclusively by the policy, your certificate of coverage and the information contained in this document.

**Name of Plan:**
    Pharmaceutical Product Development, LLC Plan

**Name and Address of Employer:**
    Pharmaceutical Product Development, LLC
    929 North Front Street
    Wilmington, North Carolina
    28401-3331

**Plan Identification Number:**
    a.  Employer IRS Identification #:  56-1640186
    b.  Plan #:  505

**Type of Welfare Plan:**
    Disability

**Type of Administration:**
    The Plan is administered by the Plan Administrator.  Benefits are administered by the insurer and provided in accordance with the insurance policy issued to the Plan.

**ERISA Plan Year Ends:**
    December 31

**Plan Administrator, Name,**
**Address, and Telephone Number:**
    Pharmaceutical Product Development, LLC
    929 North Front Street
    Wilmington, North Carolina
    28401-3331
    (910) 558-6695

    Pharmaceutical Product Development, LLC is the Plan Administrator and named fiduciary of the Plan, with authority to delegate its duties.  The Plan Administrator may designate Trustees of the Plan, in which case the Administrator will advise you separately of the name, title and address of each Trustee.

**Agent for Service of**
**Legal Process on the Plan:**
    Pharmaceutical Product Development, LLC
    929 North Front Street
    Wilmington, North Carolina
    28401-3331

Service of legal process may also be made upon the Plan Administrator, or a Trustee of the Plan, if any.

**Funding and Contributions:**

The Plan is funded by insurance issued by Unum Life Insurance Company of America, 2211 Congress Street, Portland, Maine 04122 (hereinafter referred to as "Unum") under policy number 501313 011.  Contributions to the Plan are made as stated under "WHO PAYS FOR THE COVERAGE" in the Certificate of Coverage.

## EMPLOYER'S RIGHT TO AMEND THE PLAN

The Employer reserves the right, in its sole and absolute discretion, to amend, modify, or terminate, in whole or in part, any or all of the provisions of this Plan (including any related documents and underlying policies), at any time and for any reason or no reason.  Any amendment, modification, or termination must be in writing and endorsed on or attached to the Plan.

## EMPLOYER'S RIGHT TO REQUEST POLICY CHANGE

The Employer can request a policy change.  Only an officer or registrar of Unum can approve a change.  The change must be in writing and endorsed on or attached to the policy.

## CANCELLING THE POLICY OR A PLAN UNDER THE POLICY

The policy or a plan under the policy can be cancelled:

- by Unum; or
- by the Policyholder.

Unum may cancel or offer to modify the policy or a plan if:

- there is less than 75% participation of those eligible employees who pay all or part of their premium for a plan; or
- there is less than 100% participation of those eligible employees for a Policyholder paid plan;
- the Policyholder does not promptly provide Unum with information that is reasonably required;
- the Policyholder fails to perform any of its obligations that relate to the policy;
- fewer than 30 employees are insured under a plan;
- the Policyholder fails to pay any premium within the 45 day grace period.

If Unum cancels the policy or a plan for reasons other than the Policyholder's failure to pay premium, a written notice will be delivered to the Policyholder at least 45 days prior to the cancellation date.

Unum also reserves the right to set a participation requirement for each coverage option under a plan and to cancel an option if the participation requirement is not met.

If the premium is not paid during the grace period, the policy or plan will terminate automatically at the end of the grace period.  The Policyholder is liable for premium

for coverage during the grace period.  The Policyholder must pay Unum all premium due for the full period each plan is in force.

The Policyholder may cancel the policy or a plan by written notice delivered to Unum at least 31 days prior to the cancellation date.  When both the Policyholder and Unum agree, the policy or a plan can be cancelled on an earlier date.  If Unum or the Policyholder cancels the policy or a plan, coverage will end at 12:00 midnight on the last day of coverage.

If the policy or a plan is cancelled, the cancellation will not affect a payable claim.

## HOW TO FILE A CLAIM

If you wish to file a claim for benefits, you should follow the claim procedures described in your insurance certificate.  To complete your claim filing, Unum must receive the claim information it requests from you (or your authorized representative), your attending physician and your Employer.  If you or your authorized representative has any questions about what to do, you or your authorized representative should contact Unum directly.

## CLAIMS PROCEDURES

Unum will give you notice of the decision no later than 45 days after the claim is filed.  This time period may be extended twice by 30 days if Unum both determines that such an extension is necessary due to matters beyond the control of the Plan and notifies you of the circumstances requiring the extension of time and the date by which Unum expects to render a decision.  If such an extension is necessary due to your failure to submit the information necessary to decide the claim, the notice of extension will specifically describe the required information, and you will be afforded at least 45 days within which to provide the specified information.  If you deliver the requested information within the time specified, any 30 day extension period will begin after you have provided that information.  If you fail to deliver the requested information within the time specified, Unum may decide your claim without that information.

If your claim for benefits is wholly or partially denied, the notice of adverse benefit determination under the Plan will:

-  state the specific reason(s) for the determination;

-  reference specific Plan provision(s) on which the determination is based;

-  describe additional material or information necessary to complete the claim and why such information is necessary;

-  describe Plan procedures and time limits for appealing the determination, and your right to obtain information about those procedures and the right to bring a lawsuit under Section 502(a) of ERISA following an adverse determination from Unum on appeal; and

-  disclose any internal rule, guidelines, protocol or similar criterion relied on in making the adverse determination (or state that such information will be provided free of charge upon request).

Notice of the determination may be provided in written or electronic form.  Electronic notices will be provided in a form that complies with any applicable legal requirements.

## APPEAL PROCEDURES

You have 180 days from the receipt of notice of an adverse benefit determination to file an appeal.  Requests for appeals should be sent to the address specified in the claim denial.  A decision on review will be made not later than 45 days following receipt of the written request for review.  If Unum determines that special circumstances require an extension of time for a decision on review, the review period may be extended by an additional 45 days (90 days in total).  Unum will notify you in writing if an additional 45 day extension is needed.

If an extension is necessary due to your failure to submit the information necessary to decide the appeal, the notice of extension will specifically describe the required information, and you will be afforded at least 45 days to provide the specified information.  If you deliver the requested information within the time specified, the 45 day extension of the appeal period will begin after you have provided that information.  If you fail to deliver the requested information within the time specified, Unum may decide your appeal without that information.

You will have the opportunity to submit written comments, documents, or other information in support of your appeal.  You will have access to all relevant documents as defined by applicable U.S. Department of Labor regulations.  The review of the adverse benefit determination will take into account all new information, whether or not presented or available at the initial determination.  No deference will be afforded to the initial determination.

The review will be conducted by Unum and will be made by a person different from the person who made the initial determination and such person will not be the original decision maker's subordinate.  In the case of a claim denied on the grounds of a medical judgment, Unum will consult with a health professional with appropriate training and experience.  The health care professional who is consulted on appeal will not be the individual who was consulted during the initial determination or a subordinate.  If the advice of a medical or vocational expert was obtained by the Plan in connection with the denial of your claim, Unum will provide you with the names of each such expert, regardless of whether the advice was relied upon.

A notice that your request on appeal is denied will contain the following information:

- the specific reason(s) for the determination;

- a reference to the specific Plan provision(s) on which the determination is based;

- a statement disclosing any internal rule, guidelines, protocol or similar criterion relied on in making the adverse determination (or a statement that such information will be provided free of charge upon request);

- a statement describing your right to bring a lawsuit under Section 502(a) of ERISA if you disagree with the decision;

- the statement that you are entitled to receive upon request, and without charge, reasonable access to or copies of all documents, records or other information relevant to the determination; and

- the statement that "You or your plan may have other voluntary alternative dispute resolution options, such as mediation.  One way to find out what may be available is to contact your local U.S. Department of Labor Office and your State insurance regulatory agency".

Notice of the determination may be provided in written or electronic form.  Electronic notices will be provided in a form that complies with any applicable legal requirements.

Unless there are special circumstances, this administrative appeal process must be completed before you begin any legal action regarding your claim.

## YOUR RIGHTS UNDER ERISA

As a participant in this Plan you are entitled to certain rights and protections under the Employee Retirement Income Security Act of 1974 (ERISA).  ERISA provides that all Plan participants shall be entitled to:

Receive Information About Your Plan and Benefits

Examine, without charge, at the Plan Administrator's office and at other specified locations, all documents governing the Plan, including insurance contracts, and a copy of the latest annual report (Form 5500 Series) filed by the Plan with the U.S. Department of Labor and available at the Public Disclosure Room of the Employee Benefits Security Administration.

Obtain, upon written request to the Plan Administrator, copies of documents governing the operation of the Plan, including insurance contracts, and copies of the latest annual report (Form 5500 Series) and updated summary plan description.  The Plan Administrator may make a reasonable charge for the copies.

Receive a summary of the Plan's annual financial report.  The Plan Administrator is required by law to furnish each participant with a copy of this summary annual report.

Prudent Actions by Plan Fiduciaries

In addition to creating rights for Plan participants, ERISA imposes duties upon the people who are responsible for the operation of the employee benefit plan.  The people who operate your Plan, called "fiduciaries" of the Plan, have a duty to do so prudently and in the interest of you and other Plan participants and beneficiaries.  No one, including your Employer or any other person, may fire you or otherwise discriminate against you in any way to prevent you from obtaining a benefit or exercising your rights under ERISA.

<u>Enforce Your Rights</u>

If your claim for a benefit is denied or ignored, in whole or in part, you have a right to know why this was done, to obtain copies of documents relating to the decision without charge, and to appeal any denial, all within certain time schedules.

Under ERISA, there are steps you can take to enforce the above rights.  For instance, if you request a copy of Plan documents or the latest annual report from the Plan and do not receive them within 30 days, you may file suit in a federal court.  In such a case, the court may require the Plan Administrator to provide the materials and pay you up to $110 a day until you receive the materials, unless the materials were not sent because of reasons beyond the control of the Plan Administrator.

If you have a claim for benefits that is denied or ignored, in whole or in part, you may file suit in a state or federal court.  If it should happen that Plan fiduciaries misuse the Plan's money, or if you are discriminated against for asserting your rights, you may seek assistance from the U.S. Department of Labor, or you may file suit in a federal court.  The court will decide who should pay court costs and legal fees.  If you are successful, the court may order the person you have sued to pay these costs and fees.  If you lose, the court may order you to pay these costs and fees, if, for example, it finds your claim is frivolous.

<u>Assistance with Your Questions</u>

If you have any questions about your Plan, you should contact the Plan Administrator.  If you have any questions about this statement or about your rights under ERISA, or if you need assistance in obtaining documents from the Plan Administrator, you should contact the nearest office of the Employee Benefits Security Administration, U.S. Department of Labor, listed in your telephone directory or the Division of Technical Assistance and Inquiries, Employee Benefits Security Administration, U.S. Department of Labor, 200 Constitution Avenue N.W., Washington, D.C. 20210.  You may also obtain certain publications about your rights and responsibilities under ERISA by calling the publications hotline of the Employee Benefits Security Administration.

## OTHER RIGHTS

Unum, for itself and as claims fiduciary for the Plan, is entitled to legal and equitable relief to enforce its right to recover any benefit overpayments caused by your receipt of deductible sources of income from a third party.  This right of recovery is enforceable even if the amount you receive from the third party is less than the actual loss suffered by you but will not exceed the benefits paid you under the policy. Unum and the Plan have an equitable lien over such sources of income until any benefit overpayments have been recovered in full.

**DISCRETIONARY ACTS**

The Plan, acting through the Plan Administrator, delegates to Unum and its affiliate Unum Group discretionary authority to make benefit determinations under the Plan. Unum and Unum Group may act directly or through their employees and agents or further delegate their authority through contracts, letters or other documentation or procedures to other affiliates, persons or entities.  Benefit determinations include determining eligibility for benefits and the amount of any benefits, resolving factual disputes, and interpreting and enforcing the provisions of the Plan.  All benefit determinations must be reasonable and based on the terms of the Plan and the facts and circumstances of each claim.

Once you are deemed to have exhausted your appeal rights under the Plan, you have the right to seek court review under Section 502(a) of ERISA of any benefit determinations with which you disagree.  The court will determine the standard of review it will apply in evaluating those decisions.

## NOTICE CONCERNING COVERAGE LIMITATIONS AND EXCLUSIONS UNDER THE NORTH CAROLINA LIFE AND HEALTH INSURANCE GUARANTY ASSOCIATION ACT

Residents of this state who purchase life insurance, annuities or health insurance should know that the insurance companies licensed in this state to write these types of insurance are members of the North Carolina Life and Health Insurance Guaranty Association. The purpose of this Association is to assure that policyholders will be protected, within limits, in the unlikely event that a member insurer becomes financially unable to meet its obligations. If this should happen, the Guaranty Association will assess its other member insurance companies for the money to pay the claims of the insured person who live in this state and, in some cases, to keep coverage in force. The valuable extra protection provided by these insurers through the Guaranty Association is not unlimited, however. And, as noted below, this protection is not a substitute for consumers' care in selecting companies that are well-managed and financially stable.

**The North Carolina Life and Health Insurance Guaranty Association may not provide coverage for this policy. If coverage is provided, it may be subject to substantial limitations or exclusions, and require continued residency in North Carolina. You should not rely on coverage by the North Carolina Life and Health Insurance Guaranty Association in selecting an insurance company or in selecting an insurance policy.**

**Coverage is NOT provided for a policy or any portion of it that is not guaranteed by the insurer or for which you have assumed the risk, such as a variable contract sold by prospectus.**

**Insurance companies or their agents are required by law to give or send you this notice. However, insurance companies and their agents are prohibited by law from using the existence of the guaranty association to induce the purchase any kind of insurance policy.**

**The North Carolina Life and Health Insurance Guaranty Association
P. O. Box 10218
Raleigh, North Carolina 27605**

**North Carolina Department of Insurance, Consumer Services Division
1201 Mail Service Center
Raleigh, North Carolina 27699-1201**

The state law that provides for this safety-net coverage is called the North Carolina Life and Health Insurance Guaranty Association Act. Below is a brief summary of this law's coverages, exclusions and limits. This summary does not cover all provisions of the law; nor does it in any way change anyone's rights or obligations under the act or the rights or obligations of the Guaranty Association.

## COVERAGE

Generally, individuals will be protected by the Life and Health Insurance Guaranty Association if they live in this state and hold a life or health insurance contract, or an annuity, or if they are insured under a group insurance contract, issued by a member insurer. The beneficiaries, payees or assignees of the insured person are protected as well, even if they live in another state.

## EXCLUSIONS FROM COVERAGE

However, persons holding such policies are **not** protected by this Association if:

- they are eligible for protection under the laws of another state (this may occur when the insolvent insurer was incorporated in another state whose guaranty association protects insureds who live outside that state);
- the insurer was not authorized to do business in this state;
- their policy was issued by an HMO, a fraternal benefit society, a mandatory state pooling plan, a mutual assessment company or similar plan in which the policyholder is subject to future assessments, or by an insurance exchange.

The Association also does **not** provide coverage for:

- any policy or portion of a policy which is not guaranteed by the insurer or for which the individual has assumed the risk, such as a variable contract sold by prospectus;
- any policy of reinsurance (unless an assumption certificate was issued);
- interest rate yields that exceed the average rate specified in the law;
- dividends;
- experience or other credits given in connection with the administration of a policy for a group contract holder;
- employers' plans to the extent they are self-funded (that is, not insured by an insurance company, even if an insurance company administers them);
- unallocated annuity contracts (which give rights to group contract holders, not individuals), unless they fund a government lottery or a benefit plan of an employer, association or union, except that unallocated annuities issued to employee benefit plans protected by the Federal Pension Benefit Guaranty Corporation are not covered.

## LIMITS ON AMOUNT OF COVERAGE

The act also limits the amount the Association is obligated to pay out as follows:

(1)  The Guaranty Association cannot pay out more than the insurance company would owe under the policy or contract.
(2)  Except as provided in (3) and (4) below, the Guaranty Association will pay a maximum of $300,000 per individual, per insolvency, no matter the number of policies or types of policies issued by the insolvent company.
(3)  The Guaranty Association will pay a maximum of $1,000,000 with respect to any one structured settlement annuity.
(4)  The Guaranty Association will pay a maximum of $5,000,000 to any one unallocated annuity contract holder.

**EXHIBIT 2**

**POLICY CHANGE RIDER**

Insured - JULIE L SMITH                    Policy Number - 06-650-2U0-0007848175
Renewal Term - Twelve Months               Rider Effective Date - February 1, 2018
New Semi-monthly Premium for Policy-$29.51  Semi-monthly Rider Premium-$.82

This rider and all attachments are part of Your Policy and is effective on the Rider
Effective Date.  Disability must start while this rider is in force.

All provisions of Your Policy apply to this rider and remain the same except where
changed by this rider.

At Your request, and in consideration of the timely payment of premium for this rider,
if any, it is agreed that the above Policy is changed as of the Rider Effective Data
as follows:

**POLICY SCHEDULE:**   Your Policy Schedule remains the same except as changed below:

Catastrophic Disability Benefit

| Effective Date | Catastrophic Disability Benefit Amount | Maximum Benefit Period for Catastrophic Disability |
|---|---|---|
| 02/01/2017 | $2,708.00 | TO AGE 65 |
| 02/01/2018 | $28.00 | TO AGE 65 |
| | $2,736.00 | |

The Disability Benefits table is replaced by the following:

------------------------------ Disability Benefits ------------------------------

| Effective Date | Elimination Period | Maximum Benefit Period For Disability | Maximum Monthly Benefit Amount |
|---|---|---|---|
| 02/01/2017 | 180 Days | To Age 65 | $1,625.00 |
| 02/01/2018 | 180 Days | To Age 65 | $50.00 |
| | | | $1,675.00 |



# DUPLICATE

A-32385-CA            JULIE L SMITH 06-650-0007848175

The Maximum Benefit Periods for Disability section is replaced by the following:

------------------------Maximum Benefit Periods for Disability -----------------

To Age 65:

| | |
|---|---|
| Before Age 61 | To Age 65 |
| At Age 61 but before Age 62 | 48 Months |
| At Age 62 but before Age 63 | 42 Months |
| At Age 63 but before Age 64 | 36 Months |
| At Age 64 but before Age 65 | 30 Months |
| At or after Age 65 but before Age 75 | 24 Months |
| At or after Age 75 | 12 Months |

**PROVIDENT LIFE AND ACCIDENT INSURANCE COMPANY**

President

A-32385-CA

JULIE L SMITH 06-650-0007848175

# C O V E R A G E   S U M M A R Y

Insured: JULIE L SMITH
Risk No: 00147353
PHARMACEUTICAL PRODUCT DEVELOPMENT, LLC

Owner: Insured
Date of Birth: 06/08/72 (44)

Net Discounted Premiums:
     $661.98 (Annual)
     $342.64 (Semi-annual)
     $172.11 (Quarterly)
      $57.28 (Monthly)

Policy Number: 06-7848175
Policy Form: 650-2UO
Effective Date: February 1, 2017
Non-Can Exp. Date: June 8, 2037
Class: A1 Nonsmoker
Premium Term: Semi-monthly
Contract State: CA



*5000107848175000124*

| PLAN | EXPIRATION DATE | BENEFIT AMOUNT | ELIMINATION PERIOD ( Days ) | BENEFIT PERIOD | TERM PREMIUM |
|------|-----------------|----------------|------------------------------|----------------|--------------|
| BASIC | 06/08/2037 | $1,625 | 180 | 65-65/2A | $24.61 |
| GCI | 06/08/2037 | | | | $.00 |
| LTCOEX | 06/08/2037 | | | | $.00 |
| PRE-CAT | 06/08/2037 | $2,708 | | 65-65/2A | $2.63 |
| | | | | POL FEE | $1.45 |
| | | | | TOTAL | $28.69 |

# S P E C I A L   N O T E S

Issued Standard

## NOTICE OF PROTECTION PROVIDED BY
## CALIFORNIA LIFE AND HEALTH INSURANCE GUARANTEE ASSOCIATION

This notice provides a brief summary regarding the protections provided to policyholders by the California Life and Health Insurance Guarantee Association ("the Association"). The purpose of the Association is to assure that policyholders will be protected, within certain limits, in the unlikely event that a member insurer of the Association becomes financially unable to meet its obligations. Insurance companies licensed in California to sell life insurance, health insurance, annuities and structured settlement annuities are members of the Association. The protection provided by the Association is not unlimited and is not a substitute for consumers' care in selecting insurers. This protection was created under California law, which determines who and what is covered and the amounts of coverage.

Below is a brief summary of the coverages, exclusions and limits provided by the Association. This summary does not cover all provisions of the law; nor does it in any way change anyone's rights or obligations or the rights or obligations of the Association.



### COVERAGE

**Persons Covered**
Generally, an individual is covered by the Association if the insurer was a member of the Association and the individual lives in California at the time the insurer is determined by a court to be insolvent. Coverage is also provided to policy beneficiaries, payees or assignees, whether or not they live in California.

**Amounts of Coverage**
The basic coverage protections provided by the Association are as follows.

**Life Insurance, Annuities and Structured Settlement Annuities**
For life insurance policies, annuities and structured annuities, the Association will provide the following:
   Life Insurance
   80% of death benefits but not to exceed $300,000
   80% of cash surrender or withdrawal values but not to exceed $100,000

   Annuities and Structured Settlement Annuities
   80% of the present value of annuity benefits, including net cash withdrawal and net cash surrender values but not to exceed $250,000

The maximum amount of protection provided by the Association to an individual, for all life insurance, annuities and structured settlement annuities is $300,000, regardless of the number of policies or contracts covering the individual.

**Health Insurance**
The maximum amount of protection provided by the Association to an individual, as of April 1, 2011, is $470,125. This amount will increase or decrease based upon changes in the health care cost component of the consumer price index to the date on which an insurer becomes an insolvent insurer.

### COVERAGE LIMITATIONS AND EXCLUSIONS FROM COVERAGE

The Association may not provide coverage for this policy. Coverage by the Association generally requires residency in California. You should not rely on coverage by the Association in selecting an insurance company or in selecting an insurance policy.

### (See Page 2)

The following policies and persons are among those that are excluded from Association coverage:

- A policy or contract issued by an insurer that was not authorized to do business in California when it issued the policy or contract

- A policy issued by a health care service plan (HMO), a hospital or medical service organization, a charitable organization, a fraternal benefit society, a mandatory state pooling plan, a mutual assessment company, an insurance exchange, or a grants and annuities society

- If the person is provided coverage by the guaranty association of another state

- Unallocated annuity contracts; that is, contracts which are not issued to and owned by an individual and which do not guaranty annuity benefits to an individual

- Employer and association plans, to the extent they are self-funded or uninsured

- A policy or contract providing any health care benefits under Medicare Part C or Part D

- An annuity issued by an organization that is only licensed to issue charitable gift annuities

- Any policy or portion of a policy which is not guaranteed by the insurer or for which the individual has assumed the risk, such as certain investment elements of a variable life insurance policy or a variable annuity contract

- Any policy of reinsurance unless an assumption certificate was issued

- Interest rate yields (including implied yields) that exceed limits that are specified in Insurance Code Section 1607.02(b)(2)(C).

## NOTICES

Insurance companies or their agents are required by law to give or send you this notice. Policyholders with additional questions should first contact their insurer or agent. To learn more about coverages provided by the Association, please visit the Association's website at www.califega.org, or contact either of the following:

| | |
|---|---|
| California Life and Health Insurance Guarantee Association P.O. Box 16860 Beverly Hills, CA 90209-3319 (323) 782-0182 | California Department of Insurance Consumer Communications Bureau 300 South Spring Street Los Angeles, CA 90013 (800) 927-4357 |

**Insurance companies and agents are not allowed by California law to use the existence of the Association or its coverage to solicit, induce or encourage you to purchase any form of insurance. When selecting an insurance company, you should not rely on Association coverage. If there is any inconsistency between this notice and California law, then California law will control.**

A-30680-CA (96)                                                                 Page 2

## NOTICE TO POLICYHOLDERS



As our policyholder, your satisfaction is very important to us.  Should you have any
question with your policy or with a claim filed, you may contact your agent or you
may write to:

> Client Services/Individual Brokerage
> Provident Life and Accident Insurance Company
> 1 Mercantile Street
> Worcester, Massachusetts 01608
> Call Center Toll-Free Telephone:  1-800-633-7490

If the problem is not resolved, you may also call or write to the California Department
of Insurance, the governmental agency that regulates insurance.

> California Department of Insurance
> Consumer Services Division
> 300 South Spring Street
> Los Angeles, CA  90013
> www.insurance.ca.gov

> Toll Free Telephone Number:  1-800-927-4357

A-31179-CA

**Additional Claim and Appeal Information**
for your disability policy issued by

**Provident Life and Accident Insurance Company**
("We" or "Us")

If this policy provides benefits under a Plan which is subject to the Employee Retirement Income Security Act of 1974 (ERISA), the following provisions apply.

## HOW TO FILE A CLAIM

If you wish to file a claim for benefits, you should follow the claim procedures described in your individual insurance policy. We must receive a completed claim form. The form must be completed by you, your attending physician and your employer. If you have any questions about what to do, you should contact Us directly.

## CLAIMS PROCEDURES

We will give you notice of the decision no later than 45 days after the claim is filed. This time period may be extended twice by 30 days if We determine that such an extension is necessary due to matters beyond the control of the Plan and notify you of the circumstances requiring the extension of time and the date by which We expect to render a decision. If such an extension is necessary due to your failure to submit the information necessary to decide the claim, the notice of extension will specifically describe the required information, and you will be afforded at least 45 days within which to provide the specified information. If you deliver the requested information within the time specified, any 30 day extension period will begin after you have provided that information. If you fail to deliver the requested information within the time specified, We may decide your claim without that information.

If your claim for benefits is wholly or partially denied, any notice of adverse benefit determination under the Plan will:

    a. State the specific reason(s) for determination;
    b. Reference specific Plan provision(s) on which the determination is based;
    c. Describe additional material or information necessary to complete the claim and why such information is necessary;
    d. Describe Plan procedures and time limits for appealing the determination, and your right to obtain information about those procedures and the right to bring a lawsuit under Section 502(a) of ERISA following an adverse determination from Us on appeal; and
    e. Disclose any internal rule, guidelines, protocol or similar criterion relied on in making the adverse determination (or state that such information will be provided free of charge upon request).

Notice of the determination may be provided in written or electronic form. Electronic notices will be provided in written or electronic form. Electronic notices will be provided in a form that complies with any applicable legal requirements.

## APPEAL PROCEDURES

You have 180 days from the receipt of Notice of an adverse benefit determination to file an appeal. Requests for appeals should be sent to the address specified in the claim denial. A decision on review will be made no later than 45 days following receipt of the written request for review. If We determine that special circumstances require an extension of time for a decision on review, the review period may be extended by an additional 45 days (90 days in total). We will notify you in writing if an additional 45 day extension is needed.

ERISA-2014                                                          Page 1

If an extension is necessary due to your failure to submit the information necessary to decide the appeal, the notice of extension will specifically describe the required information, and you will be afforded at least 45 days from receipt of the notice to provide the specified information. If you deliver the requested information within the time specified, the 45 days extension of the appeal period will begin after you have provided that information. If you fail to deliver the requested information within the time specified, We may decide your appeal without that information.

You will have the opportunity to submit written comments, documents, or other information in support of your appeal. You will have access to all relevant documents as defined by applicable U.S. Department of Labor regulations. The review of the adverse benefit determination will take into account all new information, whether or not presented or available at the initial determination. No deference will be afforded to the initial determination.

The review will be conducted by Us and will be made by a person different from the person who made the initial determination and such person will not be the original decision maker's subordinate. In the case of a claim denied on the grounds of a medical judgment, We will consult with a health professional with appropriate training and experience. The health care professional who is consulted on appeal will not be the individual who was consulted during the initial determination or a subordinate. If the advice of a medial or vocational expert was obtained by the Plan in connection with the denial of your claim, We will provide you with the names of each such expert, regardless of whether the advice was relied upon.

A notice that your request on appeal is denied will contain the following information:

    a. The specific reason(s) for the appeal determination;
    b. A reference to the specific Plan provision(s) on which the determination is based;
    c. A statement disclosing any internal rule, guidelines, protocol or similar criterion relied on in making the adverse determination (or a statement that such information will be provided free of charge upon request);
    d. A statement describing your right to bring a lawsuit under Section 502(a) of ERISA if you disagree with the decision;
    e. A statement that you are entitled to receive upon request, and without charge, reasonable access to or copies of all documents, records or other information relevant to the determination; and
    f. A statement that "You or your plan may have other voluntary alternative dispute resolution options, such as mediation. One way to find out what may be available is to contact your local U.S. Department of Labor Office and your State insurance regulatory agency."

Notice of the determination may be provided in written or electronic form. Electronic notices will be provided in a form that complies with any applicable legal requirements.

Unless there are special circumstances, this administrative appeal process must be completed before you begin any legal action regarding your claim.

Provident Life And Accident Insurance Company
1 Fountain Square, Chattanooga, TN 37402

JULIE L SMITH, the Insured

Policy Number 06-650-7848175

---

YOU MAY CONTACT THE CALIFORNIA DEPARTMENT OF INSURANCE FOR ASSISTANCE IN
RESOLVING PROBLEMS WITH PROVIDENT LIFE AND ACCIDENT INSURANCE COMPANY.

CALIFORNIA DEPARTMENT OF INSURANCE, CONSUMER SERVICES DIVISION
300 SOUTH SPRING STREET, LOS ANGELES, CA  90013
TOLL FREE TELEPHONE NUMBER:  1-800-927-HELP

---

### Individual Disability Income Policy

**NON-CANCELLABLE AND GUARANTEED RENEWABLE TO AGE 65, NO CHANGE IN PREMIUM RATES.**  As
long as the premium is paid on time, We cannot change Your Policy or its premium rate
until Your 65th birthday.

**RENEWAL OPTION AFTER YOU REACH AGE 65.  SUBJECT TO CHANGE IN PREMIUM RATES.**  You may
continue Your Policy for a Disability benefit with a limited benefit period while You
are actively and regularly employed a minimum of 30 hours per week.  There is no age
limit.  This option is explained in Part 3.  The premium will be that in effect at
Your age for all insureds age 65 and older in the same occupation class with the same
Elimination Period who have this policy form.

**Your Right To Cancel.**  If You are not satisfied with Your Policy, You may cancel it.
Return the Policy to Us or Your authorized representative through whom it was pur-
chased by midnight of the tenth day after the date You receive it.  If You return the
Policy by mail, it must be properly addressed, postage prepaid, and postmarked  no
later than midnight of that tenth day.  Our mailing address is 1 Fountain Square,
Chattanooga, TN 37402.  Within ten days after We receive the Policy, We will refund
any premium You have paid.  The Policy will be considered to have never been issued.

**Read Your Policy Carefully.**  It is a legal contract between You and Us.

Signed for by Provident Life And Accident Insurance Company

President                          Secretary



**TABLE OF CONTENTS**

|  |  | Page |
|---|---|---|
| Renewal Provisions | . . . . . . . . . . . . . . . . . . . . . | 1 |
| Policy Schedule | . . . . . . . . . . . . . . . . . . . . . | 3 |
| Part -- 1   Definitions | . . . . . . . . . . . . . . . . . . | 4 |
| Part -- 2   Exclusions - Limitations | . . . . . . . . . . . . . . . . . | 8 |
| Part -- 3   Renewal Option After Age 65 | . . . . . . . . . . . . . . . | 10 |
| Part -- 4   Uniform Provisions | . . . . . . . . . . . . . . . . . | 11 |
| Part -- 5   General Provisions | . . . . . . . . . . . . . . . . . | 14 |
| Part -- 6   Benefits | . . . . . . . . . . . . . . . . . . . . | 16 |
| Part -- 7   Recurrent and Concurrent Disability | . . . . . . . . . . . . . . . . | 21 |

Additional Policy Benefits (if any)


A copy of Your application, added benefits You have purchased,
and any added provisions are attached at the back of the Policy.



## POLICY SCHEDULE

```
Insured - JULIE L SMITH              Policy Number - 06-650-7848175
Effective Date - February 1, 2017    First Renewal Date - February 15, 2017
                                     Renewal Term - Twelve Months
```



```
-------------------------------Summary of Premium--------------------------------

                              Non-Tobacco User

Annual Premium for Disability Benefits              $801.68
Annual Premium for Additional Benefits               $80.96
Total Annual Premium                                $882.64

Your Discounted Semi-monthly Premium                 $28.69


Other Premium Paying Methods:
        $661.98 Annual
        $342.64 Semi-Annual
        $172.11 Quarterly
         $57.28 Monthly (Insurematic Bank Draft)

Your premium will be waived after 90 days of Disability not excluded from coverage.
Please see the Waiver of Premium provision in this Policy for details.

------------------------------Disability Benefits--------------------------------

Disabilities covered by Your Policy are Total Disability, Residual Disability and
Partial Disability. The following benefits are provided for each period of Disability
which includes any combination of these Disabilities.

Elimination              Maximum Benefit Periods        Maximum Monthly
Period                      For Disability               Benefit Amount

180 Days                       To Age 65                  $1,625.00


The Elimination Period may be satisfied by days of Total, Residual or Partial Disa-
bility.

The Maximum Benefit Periods for Disability may change due to Your age at Disability.
```

**(Policy Schedule is continued on next page.)**

```
650-CA              JULIE L SMITH 06-650-7848175              Page 3
```

**POLICY SCHEDULE (continued)**

----------------------Maximum Benefit Periods for Disability----------------------

For Disability Benefits payable to Age 65, if Disability begins:

| | |
|---|---|
| Before Age 61 | To Age 65 |
| At Age 61 but before Age 62 | 48 Months |
| At Age 62 but before Age 63 | 42 Months |
| At Age 63 but before Age 64 | 36 Months |
| At Age 64 but before Age 65 | 30 Months |
| At or after Age 65 but before Age 75 | 24 Months |
| At or after Age 75 | 12 Months |

--------------------Maximum Benefit Periods for Mental Disorders--------------------

24 Months over the life of Your Policy

Benefits for Mental Disorders will be payable for the Maximum Benefit Period for Mental Disorders not to exceed the Maximum Benefit Periods for Disability.

-------------------Maximum Benefit Periods for Recovery Benefits--------------------

6 Months

Benefits for Recovery will be payable for the Maximum Benefit Period for Recovery not to exceed the Maximum Benefit Periods for Disability.

-----------------------------Usual Occupation Period-----------------------------

24 Months

-----------------------------Work Incentive Period-----------------------------

6 Months

```
-----------------------------Additional Policy Benefits--------------------------
```

```
                                                            Semi-monthly
                                                            Premium
                                                            Prior to
                                                            Age 65

Option To Exchange for
Individual Long Term Care Policy                            No charge
        Effective Date:                February 1, 2017
        Elimination Period             90 days
        Benefit Amount for Long Term Care Policy  $3,000 per month
        Lifetime Maximum Benefit Amount for
            Long Term Care Policy      $216,000

Catastrophic Disability Benefit                             $2.63
        Effective Date:                February 1, 2017
        Catastrophic Disability Benefit Amount:  $2,708
        Maximum Benefit Period for
            Catastrophic Disability    To Age 65
```

## INTRODUCTION

This Policy is a legal contract between You and Us.  It is issued in consideration of the payment, in advance, of the premium and of Your statements and representations in the application(s).  A copy of the application(s) is attached and is part of Your Policy.  Omissions and misstatements in the application(s) could cause an otherwise valid claim to be denied or Your Policy to be rescinded.  All Disabilities must occur while Your Policy is in force.

We agree to pay benefits subject to all of the provisions contained in Your Policy.

## PART 1 - DEFINITIONS

THE FOLLOWING WORDS HAVE SPECIAL MEANINGS.  THEY ARE IMPORTANT IN DESCRIBING YOUR RIGHTS AND OUR RIGHTS UNDER THE POLICY.  REFER BACK TO THESE MEANINGS AS YOU READ YOUR POLICY.  OTHER DEFINITIONS ARE FOUND THROUGHOUT THE POLICY.

**CPI-U** means the Consumer Price Index for all Urban Consumers published by the United States Department of Labor.  If this index is discontinued or if the method of computing is materially changed, We may choose another index.

**CPI-U Change** means the result of a computation We will make as of each Review Date. We will divide the CPI-U for the most recent Index Month by the CPI-U for the Index Month prior to the most recent Index Month.

**CPI-U Factor** means the result of the CPI-U Change as of the current Review Date multiplied by the CPI-U Change for each prior Review Date occurring since the Disability began.  The CPI-U Factor as of the first Review Date will equal the CPI-U Change as of that Review Date.  The CPI-U Factor is determined as of each Review Date while Disability continues.

**Disability** or **Disabled** means that You are Totally Disabled, Partially Disabled or Residually Disabled due to Injury or Sickness.

**Disability Earnings** means Your Earnings while Disabled.

**Earnings** means Your gross monthly salary, wages, commissions, bonuses, fees and income earned for services performed.  If You own any portion of a business or profession, it means:

1.  Your share of income earned by that business or profession;
2.  less Your share of business expenses that are deductible for Federal income tax purposes;
3.  plus Your salary and any contributions to a pension or profit sharing plan made on Your behalf.

Earnings does not include:

1.  income from deferred compensation plans, disability income policies or retirement plans; or
2.  income not derived from Your employment activities.

We will allow either the cash or accrual accounting method, but during a Disability, the same method must be used when determining Loss of Earnings.



**Effective Date** means the date that the Policy becomes effective.  It is shown in the Policy Schedule.

**Elimination Period** means the number of days that must elapse in a Total, Residual or Partial Disability or any combination thereof before benefits become payable.  The number of days is shown in the Policy Schedule.  These days need not be consecutive; they can be accumulated during a Total, Residual or Partial Disability to satisfy an Elimination Period.  Benefits are not payable, nor do they accrue, during an Elimination Period.

**Full Time Work** means working at least as many hours as You worked prior to Disability.

**Hospital** means an institution legally operating as a facility that:

1.  is mainly engaged in providing in-patient medical care for diagnosis and treatment of Injury or Sickness, and routinely makes a charge for such care;
2.  is supervised by a Physician(s) on the premises; and
3.  provides on the premises 24-hour nursing services by registered graduate nurses.

In no event will **Hospital** include any institution:

1.  which is run mainly as a rest, nursing or convalescent home;
2.  in which any part is mainly for the care of the aged; or
3.  which is engaged in the schooling of its patients.

**Index Month** means the calendar month four months prior to the calendar month in which a Review Date occurs.  The first Index Month for any Disability will be the calendar month four months prior to the month that Your Disability began.

**Injury** or **Injuries** means physical harm or damage to the body that occurs after the Effective Date and while Your Policy is in force.

**Insured** is named in the Policy Schedule and is the owner of this Policy.

**Loss of Earnings** for any month means Your Pre-Disability Earnings minus Your Disability Earnings in the month for which a benefit is claimed.  This difference will be considered a Loss of Earnings to the extent it is due to the Injury or Sickness that caused the Disability.

**Maximum Monthly Benefit Amount** is shown in the Policy Schedule.

**Partial Disability** or **Partially Disabled** means You have a Loss of Earnings of at least 20% and You are performing with reasonable continuity, one or more of the material and substantial acts necessary to pursue Your Usual Occupation in the usual and customary way and You are not Totally Disabled, but

1.  You are unable to perform all of the material and substantial acts necessary; or
2.  You are unable to perform them for as long as normally required.

After benefits have been paid for the duration of the Usual Occupation Period as shown in the Policy Schedule, **Partial Disability** or **Partially Disabled** means You have a Loss of Earnings of at least 20% and You are performing with reasonable continuity, one or more of the material and substantial acts necessary to pursue Your Usual Occupation in the usual and customary way or You are performing with reasonable continuity, one or more of the substantial and material acts of another occupation which You could reasonably be expected to perform satisfactorily in light of Your age, education, training, experience, station in life, physical and mental capacity and You are not Totally Disabled, but

1. You are unable to perform all of the material and substantial acts necessary; or
2. You are unable to perform them for as long as normally required.

**Physician** means a person who is licensed by law, and is acting within the scope of the license, to treat Injuries or Sickness that result in a Disability.  A Physician cannot be You or anyone related to You by blood or marriage, a business or professional partner, or any person who has a financial affiliation or business interest with You.

**Policy** means the legal contract between You and Us.  The policy, any application(s), the Policy Schedule(s) and any attached papers that We call riders, amendments, or endorsements make up the entire contract between You and Us.

**Pre-Disability Earnings** means the greater of Your Earnings:

1. for the 12 months just prior to the Disability for which claim is made; or
2. for the fiscal year with the higher earnings of the last two fiscal years prior to the Disability for which claim is made.

Starting as of the first Review Date, We will make an inflation adjustment to Your Pre-Disability Earnings.  We will multiply Your Pre-Disability Earnings by the CPI-U Factor.  The result will be used until the next Review Date to compute Residual or Partial Disability Benefit amounts payable.  The inflation adjustment increase will be at least 2% of Your Pre-Disability Earnings amount.  In no event will the inflation adjustment increase be more than 10% of Your Pre-Disability Earnings amount.

**Recovery** means that, following a Disability that continued at least until the end of the Elimination Period:

1. You incur a Loss of Earnings of at least 20% that is due to the prior Disability; and
2. You have returned to Full Time Work in your Usual Occupation.

**Residual Disability** or **Residually Disabled** means You have a Loss of Earnings of at least 20% and You are performing with reasonable continuity, one or more of the material and substantial acts necessary to pursue Your Usual Occupation in the usual and customary way and You are no longer Totally Disabled, but:

1. You are unable to perform all of the material and substantial acts necessary; or
2. You are unable to perform them for as long as normally required.

After benefits have been paid for the duration of the Usual Occupation Period as shown in the Policy Schedule, Residual Disability or Residually Disabled means You have a Loss of Earnings of at least 20% and You are performing with reasonable continuity, one or more of the material and substantial acts necessary to pursue Your Usual Occupation in the usual and customary way or You are performing with reasonable continuity, one or more of the substantial and material acts of another occupation which You could reasonably be expected to perform satisfactorily in light of Your age, education, training, experience, station in life, physical and mental capacity and You are no longer Totally Disabled, but

1. You are unable to perform all of the material and substantial acts necessary; or
2. You are unable to perform them for as long as normally required.

**Review Date** means each anniversary date of the start of Disability.

**Sickness** means an illness or disease.

**Total Disability** or **Totally Disabled** means a Disability that renders You unable to perform with reasonable continuity the substantial and material acts necessary to pursue Your Usual Occupation in the usual and customary way.

After benefits have been paid for the duration of the Usual Occupation Period as shown in the Policy Schedule, Total Disability or Totally Disabled means a Disability:

1. that renders You unable to perform with reasonable continuity the substantial and material acts necessary to pursue Your Usual Occupation in the usual and customary way; and
2. that renders You unable to engage with reasonable continuity in another occupation in which You could reasonably be expected to perform satisfactorily in light of Your age, education, training, experience, station in life, physical and mental capacity.

**Usual Occupation** means the occupation in which You are regularly performing when Your Disability begins.

**We, Our, Us,** and **Insurer** refer to The Provident Life and Accident Insurance Company and its affiliates.

**Work Incentive Period** means the length of time shown in the Policy Schedule at the beginning of a Partial or Residual Disability when You are engaged in either Your Usual Occupation or another occupation at reduced earnings during which Your benefit will be calculated differently than the benefit following the Work Incentive Period.

**You, Your, Yourself, Applicant, Claimant,** and **Insured** refer to the Insured named in the Policy Schedule.

## PART 2 - EXCLUSIONS - LIMITATIONS

**EXCLUSIONS**
We will not pay benefits for a Disability caused by:

1.  war or act of war, whether declared or undeclared;
2.  intentionally self-inflicted injuries;
3.  any Disability We have excluded by name or specific description (any such exclusion will appear in the Policy Schedule); or
4.  any loss to which a contributing cause was Your commission of or intent to commit a felony or to which a contributing cause was Your being engaged in an illegal occupation.

**PRE-EXISTING CONDITIONS LIMITATION**
For two years from the Effective Date of this Policy, We will not pay benefits for a Disability caused by a Pre-existing Condition that was excluded by name or specific description, not disclosed, or misrepresented in answer to a question in the application for this Policy.

After two years from the Effective Date of this Policy, We will pay benefits for Disability caused by a Pre-existing Condition unless excluded by name or specific description.

**Pre-existing Condition** means a sickness or physical condition for which prior to the Effective Date:

1.  symptoms existed that would cause an ordinarily prudent person to seek treatment from a Physician; or
2.  treatment was recommended by or received from a Physician.

**LIMITATIONS FOR DISABILITY RESULTING FROM A MENTAL DISORDER**

**Mental Disorders** means any mental or emotional disorder or functional nervous disorder (except dementia resulting from stroke, trauma, infections or degenerative diseases such as Alzheimer's disease). To make a determination We may consult the Diagnostic and Statistical Manual of Mental Disorders (DSM), published by the American Psychiatric Association, most current as of the start of a Disability. Such disorders include but are not limited to, psychotic, emotional or behavioral disorders. If the DSM is discontinued or replaced, We may consult the diagnostic manual then in use by the American Psychiatric Association as of the start of a Disability.

**Maximum Benefit Period for Mental Disorders** is the longest period of time for which We will pay benefits for Disability caused by Mental Disorders.  It is shown in the Policy Schedule.   This maximum benefit period may be less than the Maximum Benefit Period for Disability.

If, at the end of the Maximum Benefit Period for Mental Disorders, You are confined in a Hospital, due to a Disability from Mental Disorders, We will waive the Maximum Benefit Period for Mental Disorders and continue benefit payments for the duration of Your hospital confinement for this Disability.  In no event will the Maximum Benefit Period for Mental Disorders exceed the Maximum Benefit Period for Disability.

**Hospital** means an institution legally operating as a facility that:

1. is mainly engaged in providing in-patient medical care for diagnosis and treatment of Injury or Sickness, and routinely makes a charge for such care;
2. is supervised by a Physician(s) on the premises; and
3. provides on the premises 24-hour nursing services by registered graduate nurses.

In no event will **Hospital** include any institution:

1. which is run mainly as a rest, nursing or convalescent home;
2. in which any part is mainly for the care of the aged; or
3. which is engaged in the schooling of its patients.

**PART 3 - RENEWAL OPTION IF EMPLOYED**
**BENEFITS FOR DISABILITY - LIMITED BENEFIT PERIOD**

**RENEWAL OPTION**
After Your 65th birthday You may continue certain coverages contained in Your Policy while:

1. You remain actively and regularly employed for at least 30 hours per week; and
2. The premium is paid on time.

We can require proof after Your 65th birthday that You have continued to be actively and regularly employed for at least 30 hours per week.

The Policy must be in force when You elect this option.

The only coverage that will continue under this option are Benefits for Total, Partial, and Residual Disability (and Option to Exchange for Individual Long Term Care Policy Rider if included in Your Policy).

**MAXIMUM BENEFIT PERIOD FOR DISABILITY**
If You elect this option, We will pay the Maximum Monthly Benefit Amount subject to the same provisions, exceptions and limitations in the Policy.

For Disability starting:

1. After Your 65th birthday, but before Your 75th birthday, the Maximum Benefit Period for Disability will be 24 months or the period shown in the Policy Schedule if less; and
2. After Your 75th birthday, the Maximum Benefit Period for Disability will be 12 months.

**PREMIUMS AFTER AGE 65**
The premium will be that then in effect at Your age for all insureds age 65 and older in the same occupation class with the same Elimination Period who have this policy form.  We can only change the premium if We change it for everyone age 65 and older in the same occupation class with the same Elimination Period who have this policy form in Your state.  An occupational class is a group of occupations with similar risks of Disability.

Any premium paid after Your 65th birthday for a period not covered by Your Policy under this option will be returned to You.

## PART 4 - UNIFORM PROVISIONS

### ENTIRE CONTRACT; CHANGES

This Policy, including the endorsements and the attached papers, if any, constitutes the entire contract of insurance. No change in this Policy shall be valid until approved by one of Our executive officers and unless such approval be endorsed hereon or attached hereto. No agent has authority to change this Policy or to waive any of its provisions.

### TIME LIMIT ON CERTAIN DEFENSES

1.  After two years from the Effective Date of this Policy no misstatements, except fraudulent misstatements, made by You in the application for this Policy shall be used to void the Policy or to deny a claim for loss incurred or Disability (as defined in the Policy) commencing after the expiration of such two year period.

2.  No claim for loss incurred or Disability (as defined in the Policy) commencing after two years from the Effective Date of this Policy shall be reduced or denied on the ground that a disease or physical condition not excluded from coverage by name or specific description effective on the date of loss had existed prior to the Effective Date of coverage of this Policy.

### GRACE PERIOD

A grace period of 31 days will be granted for the payment of each premium falling due after the first premium, during which grace period the Policy shall continue in force.

### REINSTATEMENT

If any renewal premium be not paid within the time granted You for payment, a subsequent acceptance of premium by Us or by an agent duly authorized by Us to accept such premium, without requiring in connection therewith an application for reinstatement, shall reinstate the Policy; provided, however, that if We or such agent required an application for reinstatement and issues a conditional receipt for the premium tendered, the Policy will be reinstated upon approval of such application by Us or, lacking such approval, upon the 45th day following the date of such conditional receipt unless We have previously notified You in writing of Our disapproval of such application. The reinstated Policy shall cover only loss resulting from such accidental injury as may be sustained after the date of reinstatement and loss due to such sickness as may begin more than 10 days after such date. In all other respects, Your rights and Ours will remain the same thereunder previously held under the Policy immediately before the due date of the defaulted premium, subject to any provisions endorsed hereon or attached hereto in connection with the reinstatement. Any premium accepted in connection with a reinstatement shall be applied to a period for which premium has not been previously paid, but not to any period more than 60 days prior to the date of reinstatement.

### NOTICE OF CLAIM

Written notice of claim must be given to Us within 20 days after the occurrence or commencement of any loss covered by the Policy, or as soon thereafter as is reasonably possible. Notice given by or on Your behalf or on behalf of the beneficiary to Us at 1 Fountain Square, Chattanooga, TN 37402, or to any authorized agent of the Insurer, with information sufficient to identify You, shall be deemed notice to Us.

## CLAIM FORMS

We, upon receipt of a notice of claim, will furnish to You such forms as are usually furnished for filing proofs of loss. If such forms are not furnished within 15 days after the giving of such notice You shall be deemed to have complied with the requirements of this Policy as to proof of loss upon submitting, within the time fixed in the Policy for filing proofs of loss, written proof covering occurrence, the character and the extent of the loss for which claim is made.

## PROOFS OF LOSS

Written Proof of Loss must be furnished to Us at Our Home Office in case of claim for loss for which the Policy provides any periodic payment contingent upon continuing loss within 90 days after the termination of the period for which We are liable and in case of claim for any other loss within 90 days after the date of such loss. Failure to furnish such proof within the time required shall not invalidate or reduce any claim if it was not reasonably possible to give proof within such time, provided such proof is furnished as soon as reasonably possible and in no event, except in the absence of legal capacity, later than one year from the time proof is otherwise required.

## TIME OF PAYMENT OF CLAIM

Indemnities payable under this Policy for any loss other than loss for which this Policy provides any periodic payment will be paid immediately upon receipt of due written proof of such loss. Subject to due written proof of loss, all accrued indemnities for loss for which this Policy provides periodic payment will be paid monthly and any balance remaining unpaid upon the termination of liability will be paid immediately upon receipt of due written proof.

## PAYMENT OF CLAIMS

Indemnity for loss of life will be payable in accordance with the beneficiary designation and the provisions respecting such payment which may be prescribed herein and effective at the time of payment. If no such designation or provision is then effective, such indemnity shall be payable to Your estate. Any other accrued indemnities unpaid at Your death may, at Our option, be paid either to Your beneficiary or to Your estate. All other indemnities will be payable to You.

If any indemnity of this Policy shall be payable to Your estate, or to an Insured or beneficiary who is a minor or otherwise not competent to give a valid release, We may pay such indemnity, up to an amount not exceeding $1,000, to any relative by blood or connection by marriage to You or a beneficiary who is deemed by Us to be equitably entitled thereto. Any payment made by Us in good faith pursuant to this provision shall fully discharge Us to the extent of such payment.

## PHYSICAL EXAMINATIONS AND AUTOPSY

We, at Our own expense, shall have the right and opportunity to examine You when and as often as We may reasonably require during the pendency of a claim hereunder and to make an autopsy in case of death where it is not forbidden by law.

## LEGAL ACTIONS

No action at law or in equity shall be brought to recover on this Policy prior to the expiration of 60 days after written proof of loss has been furnished in accordance with the requirements of this Policy. No such action shall be brought after the expiration of three years after the time written proof of loss is required to be furnished.

## CHANGE OF BENEFICIARY

Unless You make an irrevocable designation of beneficiary, the right to change of beneficiary is reserved to You and the consent of the beneficiary or beneficiaries shall not be requisite to surrender or assignment of this Policy or to any change of beneficiary or beneficiaries, or to any other change in this Policy.

## MISSTATEMENT OF AGE

If Your age has been misstated, all amounts payable under this Policy shall be such as the premium paid would have purchased at the correct age.

## CONFORMITY WITH STATE STATUTES

Any provision of this Policy which, on its Effective Date, is in conflict with the statutes of the state in which You reside on such date is hereby amended to conform to the minimum requirements of such statutes.

## PART 5 — GENERAL PROVISIONS

### PAYMENT OF PREMIUM
The first term of this Policy starts on the Effective Date shown in the Policy Schedule. It ends on the First Renewal Date. Later terms are periods for which You pay renewal premiums. All terms will begin and end at 12:01 A.M., Standard Time at Your home. You continue the Policy in force from term to term by paying premiums when due. The renewal premium for each term is due on the day the preceding term ends, subject to the grace period.

Premiums may be paid annually or semi-annually. If Our rules permit it, You can pay the premiums quarterly or monthly. We will allow You to change this by written request. But, We will not allow a change while You are Disabled.

### PREMIUM REFUND
We will make pro-rata refunds of premium:

1. in the event of Your death (such refunds will be made to Your estate for any premium paid for a period beyond the date of Your death.);
2. if the Policy terminates because You stop working (except because of Injury or Sickness) when this Policy has been continued after Your 65th birthday, or if later, after it has been in force for five years;
3. if You suspend Your Policy in accordance with the Suspension During Military Service provision; or
4. in accordance with the Waiver of Premium provision.

### SUSPENSION DURING MILITARY SERVICE
If You enter full time, active duty in the military (land, sea, or air) service of any nation or international authority, You may suspend this Policy. However, You may not suspend the Policy during active military training lasting three months or less. The Policy will not be in force while it is suspended, and You will not have to pay any premiums. When We receive Your written request to suspend the Policy, We will refund the pro-rata portion of any premium paid for a period beyond the date We receive Your request.

If Your full time active duty in military service ends before Your 65th birthday, You may place this Policy back in force without evidence of insurability. Your coverage will start again when:

1. We receive Your written request to place the Policy back in force; and
2. You have paid the pro-rata premium for coverage until the next premium due date.

We must receive Your request and premium payment within 90 days after the date Your active duty service in the military ends. Premiums will be at the same rate they would have been had Your Policy remained in force. The Policy will not cover any Disability due to Injuries that occur or Sickness that is first manifested while the Policy is suspended. In all other respects, You and We will have the same rights under the Policy as before it was suspended.



**WAIVER OF PREMIUM**
After 90 days of Disability resulting from Injuries or Sickness not excluded from coverage, We will:

1. refund any premiums for this Policy that were due and paid while You were Disabled; and
2. waive the payment of premiums that thereafter become due for as long as the Disability continues, but not beyond the maximum benefit period.

After the Disability ends, or after the maximum benefit period ends, whichever comes first, to keep this Policy in force You must resume the payment of premiums by paying the pro-rata premium until the next premium due date.  Thereafter premiums will be due and payable as provided in the Policy.

For premiums to be waived, You must provide Us with proof of Disability.

**ASSIGNMENT**
We will not be bound by an assignment of Your Policy for any claim unless We receive a written assignment at Our home office before We pay the benefits claimed.  An absolute assignment is a change of policy owner to the assignee.  A collateral assignment is not a change of the policy owner; in this case benefits will be paid jointly to the policy owner and the assignee.



**PART 6 – BENEFITS**

**TOTAL DISABILITY**

During the Usual Occupation Period, as shown in the Policy Schedule, **Total Disability** or **Totally Disabled** means a Disability that renders You unable to perform with reasonable continuity the substantial and material acts necessary to pursue Your Usual Occupation in the usual and customary way.

After benefits have been paid for the duration of the Usual Occupation Period, as shown in the Policy Schedule, Total Disability or Totally Disabled means a Disability that renders You unable to engage with reasonable continuity in any occupation, including Your Usual Occupation, in which You could reasonably be expected to perform satisfactorily in light of Your age, education, training, experience, station in life, physical and mental capacity.

If Your Usual Occupation consists of more than one occupaton from which You derive material income, You are Totally Disabled when You are unable to perform with reasonable continuity the substantial and material acts necessary to pursue any of Your occupations.

### Benefits for Total Disability

If You are Totally Disabled We will pay benefits as follows:

1. Benefits start to accrue on the first day of Total Disability following the Elimination Period shown in the Policy Schedule on Page 3.  The Elimination Period may be satisfied by days of Total, Residual or Partial Disability.
2. The Maximum Monthly Benefit Amount will be paid for as long as Total Disability continues, but not beyond the Maximum Benefit Period for Disability.

We will require a Physician's certification of Your condition.

Total Disability benefits will not be paid for any days for which Partial or Residual Disability benefits will be paid.

Disability must start while this Policy is in force.  An Elimination Period must be served for each Disability except as stated in Part 7 of the Policy titled "Recurrent Disability or Concurrent Disability."  A maximum benefit period will apply to each occurrence of Disability.

The suspension, revocation, or surrender of Your professional or occupational license or certification does not, in and of itself, constitute Disability.

**PARTIAL DISABILITY**

During the Usual Occupation Period shown in the Policy Schedule, **Partial Disability** or **Partially Disabled** means You have a Loss of Earnings of at least 20% and You are performing with reasonable continuity, one or more of the material and substantial acts necessary to pursue Your Usual Occupation in the usual and customary way and You are not Totally Disabled, but

1.  You are unable to perform all of the material and substantial acts necessary; or
2.  You are unable to perform them for as long as normally required.

After benefits have been paid for the duration of the Usual Occupation Period as shown in the Policy Schedule, Partial Disability or Partially Disabled means You have a Loss of Earnings of at least 20% and You are performing with reasonable continuity, one or more of the material and substantial acts necessary to pursue Your Usual Occupation in the usual and customary way or You are performing with reasonable continuity, one or more of the substantial and material acts of another occupation which You could reasonably be expected to perform satisfactorily in light of Your age, education, training, experience, station in life, physical and mental capacity and You are not Totally Disabled, but

1.  You are unable to perform all of the material and substantial acts necessary; or
2.  You are unable to perform them for as long as normally required.

**Benefits for Partial Disability**

If You are Partially Disabled and have a Loss of Earnings of at least 20%, We will pay benefits as follows:

1.  Benefits start to accrue on the first day of Partial Disability following the Elimination Period shown in the Policy Schedule on Page 3.
2.  The Partial Disability Monthly Amount will be determined each month using the following formulas:

    During the Work Incentive Period, the following formula will be used:

    Pre-Disability Earnings minus(-) Disability Earnings = Partial Disability
    Monthly Amount*

    *Partial Disability Monthly Amount cannot exceed the Maximum Monthly Benefit Amount.

    After the Work Incentive Period, the following formula will be used:

    $$\frac{\text{Loss of Earnings}}{\text{Pre-Disability Earnings}} \times \begin{array}{c}\text{Maximum Monthly}\\ \text{Benefit Amount}\end{array} = \begin{array}{c}\text{Partial Disability}\\ \text{Monthly Amount}\end{array}$$

    If the Loss of Earnings equals 75% or greater of Pre-Disability Earnings, We will deem the loss to be 100% of Pre-Disability Earnings.

3.  The Partial Disability Monthly Amount will be paid for as long as Partial Disability continues, but not beyond the Maximum Benefit Period for Disability shown in the Policy Schedule on Page 3.



*6500107848175000148*

Partial Disability benefits will not be paid for any days for which Total or Residual Disability benefits are paid.

Disability must start while this Policy is in force.  A Maximum Benefit Period will apply to each occurrence of Disability.

The suspension, revocation, or surrender of Your professional or occupational license or certification does not, in and of itself, constitute Disability.

We will require a Physician's certification of Your condition.

## RESIDUAL DISABILITY

During the Usual Occupation Period shown in the Policy Schedule, **Residual Disability** or **Residually Disabled** means You have a Loss of Earnings of at least 20% and You are performing with reasonable continuity, one or more of the material and substantial acts necessary to pursue Your Usual Occupation in the usual and customary way and You are no longer Totally Disabled, but:

1. You are unable to perform all of the material and substantial acts necessary; or
2. You are unable to perform them for as long as normally required.

After benefits have been paid for the duration of the Usual Occupation Period as shown in the Policy Schedule, Residual Disability or Residually Disabled means You have a Loss of Earnings of at least 20% and You are performing with reasonable continuity, one or more of the material and substantial acts necessary to pursue Your Usual Occupation in the usual and customary way or You are performing with reasonable continuity, one or more of the substantial and material acts of another occupation which You could reasonably be expected to perform satisfactorily in light of Your age, education, training, experience, station in life, physical and mental capacity and You are no longer Totally Disabled, but

1. You are unable to perform all of the material and substantial acts necessary; or
2. You are unable to perform them for as long as normally required.

### Benefits for Residual Disability

If You are Residually Disabled and have a Loss of Earnings of at least 20%, We will pay benefits as follows:

1. Benefits start to accrue on the first day of Residual Disability after You have satisfied Your Elimination Period, shown in the Policy Schedule on Page 3 and Your Total Disability ends.
2. The Residual Disability Monthly Amount will be determined each month using the following formulas:

   During the Work Incentive Period, the following formula will be used:

   Pre-Disability Earnings minus (-) Disability Earnings = Residual Disability
   Monthly Amount*

   *Residual Disability Monthly Amount cannot exceed the Maximum Monthly Benefit Amount.

   After the Work Incentive Period, the following formula will be used:

   $$\frac{\text{Loss of Earnings}}{\text{Pre-Disability Earnings}} \times \frac{\text{Maximum Monthly}}{\text{Benefit Amount}} = \frac{\text{Residual Disability}}{\text{Monthly Amount}}$$

   If the Loss of Earnings equals 75% or greater of Pre-Disability Earnings, We will deem the loss to be 100% of Pre-Disability Earnings.

3. The Residual Disability Monthly Amount will be paid for as long as Residual Disability continues, but not beyond the Maximum Benefit Period for Disability shown in the Policy Schedule on Page 3.

Residual Disability benefits will not be paid for any days for which Total or Partial Disability benefits are paid.

Disability must start while this Policy is in force.  A Maximum Benefit Period will apply to each occurrence of Disability.

The suspension, revocation, or surrender of Your professional or occupational license or certification does not, in and of itself, constitute Disability.

We will require a Physician's certification of Your condition.

**RECOVERY**

**Recovery** means that, following a Disability that continued at least until the end of the Elimination Period:

1. You incur a Loss of Earnings of at least 20% that is due to the prior Disability; and
2. You have returned to Full Time Work in your Usual Occupation.

<b>Benefits for Recovery</b>

If you experience a Recovery and have a Loss of Earnings of at least 20%, We will pay benefits as follows:

1. Benefits start to accrue on the first day after Your Disability ends.
2. The Recovery Benefit Monthly Amount will be determined each month using the following formula:

$$\frac{\text{Loss of Earnings}}{\text{Pre-Disability Earnings}} \quad X \quad \frac{\text{Maximum Monthly}}{\text{Benefit Amount}} \quad = \quad \frac{\text{Recovery Benefit}}{\text{Monthly Amount}}$$

3. The Recovery Benefit Monthly Amount will be paid for as long as Your Recovery continues, but not beyond the Maximum Benefit Period for Recovery Benefits.



**PART 7 - RECURRENT DISABILITY AND CONCURRENT DISABILITY**

**RECURRENT DISABILITY**
If after the end of a Disability You have a Recurrent Disability, it will be considered to be a continuing Disability in order to determine the Elimination Period and the maximum benefit period applied to it.  **Recurrent Disability** means a Disability that occurs within six months after the end of a previous Disability that is due to the same or related causes.

**CONCURRENT DISABILITY**
We will pay benefits for a Concurrent Disability as if it were caused by only one Injury or Sickness.  We will not pay for more than one Disability benefit for the same period, except in the event of a Catastrophic Disability if Your Policy contains a Catastrophic Disability Benefit.  We will always pay the larger benefit.  **Concurrent Disability** means another Disability that is caused by other Injuries and/or Sicknesses.

OPTION TO EXCHANGE FOR INDIVIDUAL LONG TERM CARE POLICY

## DEFINITIONS

**Monthly Benefit Amount for Long Term Care Policy** is shown in the Policy Schedule. It is the benefit amount We will issue to You under the Long Term Care Policy, subject to Your timely payment of premiums for Your Policy.

**Lifetime Maximum Benefit Amount for Long Term Care Policy** is shown in the Policy Schedule. It is the total dollar amount of benefits that will be paid under the Long Term Care Policy.

**Long Term Care Policy** means an individual long term care policy that provides home care and nursing home coverage and that is subject to the following terms:

1. It will be a comprehensive individual long term care policy that We, or Our affiliates offer at the time the exchange is made. If We or Our affiliates do not have such a long term care policy available in Your jurisdiction, We will arrange for an appropriate long term care policy to be made available to You through another insurance company to exercise this option. It will be issued with the Benefit Amount for Long Term Care Policy and Lifetime Maximum Benefit Amount for Long Term Care Policy;
2. It will meet or exceed all applicable federal and state minimum standards in effect for such policies at the time the exchange is made; and
3. The premium for the Long Term Care Policy will be the premium We charge for Your age and Long Term Care Benefit Amount at the time the exchange is made.

## BENEFITS

You may exchange Your Policy for a Long Term Care Policy without submitting evidence of insurability:

1. Between age 60 and age 70 if You are not Disabled;
2. Between age 65 and age 70 if You are Disabled, but have received the maximum benefits allowable under this Policy; or
3. On Your age 70. If You are Disabled and receiving benefits on this date, You may defer the exchange until You have received the maximum benefit amount for the Disability.



CATASTROPHIC DISABILITY BENEFIT

### DEFINITIONS

**Catastrophic Disability** or **Catastrophically Disabled** means, that, You are receiving Disability benefits under this Policy, and because of Injuries or Sickness, You suffer the total and permanent loss of:

1. speech;
2. hearing in both ears;
3. sight in both eyes; or
4. use of both arms, both legs, or one arm and one leg.

**Catastrophic Disability Benefit Amount** is shown in the Policy Schedule.

### BENEFITS

**Benefits for Catastrophic Disability**

If You are Catastrophically Disabled, We will pay benefits as follows:

1. Benefits start to accrue on the day Your Catastrophic Disability begins.
2. The Catastrophic Disability Monthly Amount will be paid in addition to the Maximum Monthly Benefit Amount for as long as Your Catastrophic Disability continues, but not beyond the Maximum Benefit Period for Catastrophic Disability.

Disability must start while this Policy is in force.

We will presume You to be Catastrophically Disabled as long as loss continues, whether or not You are able to work or earn an income.

This benefit will end:  1) when the Policy ends; or 2) on Your 65th birthday, whichever happens first.  The premium charge for this benefit will end when this benefit ends.



*650010784817500015U*



**Provident Life and Accident Insurance Company**
1 Fountain Square
Chattanooga, Tennessee 37402-1338

**DISABILITY INCOME INSURANCE APPLICATION**

I hereby apply for insurance based on the following representations to Provident Life and Accident Insurance Company (herein referred to as The Company).

## PERSONAL INFORMATION

**Questions 1-4 must always be answered.**
**Proposed Insured:** (herein referred to as "You," "Your," "I," "Me" or "My")

| 1.(a) Name: (Last, First, Middle) | Professional Designation | (b) Sex: ☐ M ☒ F | (c) Date of Birth: (Mo/Day/Yr) |
|---|---|---|---|
| Smith Julie Iorene | | | On File |

(d) Birthplace: (State/Country) **CA usa**    (e) Are you a U.S. Citizen ☒ Yes ☐ No   (f) If "no," what country? **N/A**
(g) If No, do you have a Green Card? ☐ Yes ☐ No

| (h) Length of U.S. Residence | (i) Social Security Number: | (j) Employee ID Number: |
|---|---|---|
| N/A | On File | 5141 |

(k) Residence Address:   Street/Apt No./P.O. Box No.   City   State   Zip
**350 11th Ave #419 San Diego CA 92101**    (l) Res Phone: 610-204-1979

(m) Business Address:   Street/Apt No./P.O. Box No.   City   State   Zip
**929 North Front Street Wilmington NC 28401**    (n) Bus Phone: 619-302-4703

| 2.(a) Employer: | (b) Occupation: | (c) Annual Earned Income: |
|---|---|---|
| PPD | Sr Project Mgr | On File |

(d) Date of hire: **7/11/2016** (Mo/Day/Year)    (e) Number of hours worked per week: **40.00** hours

|  |  | YES | NO |
|---|---|---|---|
| 3. | For the period of time commencing 180 days prior to, and including, the date of this application: | | |
| (a) | Due to your sickness or injury, including the common cold and flu, have You missed 1 or more days of work, been confined to your home for 5 or more consecutive days or been admitted to a medical facility? | ☐ | ☒ |
| (b) | Have You had any restrictions or limitations to your ability to work on a full time basis due to your injury or sickness? If the answer to (a) or (b) above is "yes," please provide details_____ | ☐ | ☒ |
| 4. | Have You used tobacco in the past 12 months? *(Tobacco means cigarettes, cigars, snuff/dip/chew, pipe or Nicotine Delivery Systems)* | ☐ | ☒ |

**Complete questions 5-8 if applying for the Catastrophic Disability Benefit or the Option to Exchange for Individual Long Term Care Policy.**

|  |  |  |  |
|---|---|---|---|
| 5. | Do you currently need or receive help in doing any of the following: bathing, toileting, eating, transferring, dressing, maintaining continence? | ☐ | ☒ |
| 6. | Within the last five years, have you been diagnosed or treated for or sought diagnosis or treatment from a physician for memory loss or confusion? | ☐ | ☒ |
| 7. | Do you use a wheelchair, crutches, oxygen, walker, hospital bed, quad cane, dialysis machine or hoyer lift? | ☐ | ☒ |
| 8. | Within the last five years, have you been diagnosed or treated for blindness or deafness, or the loss of use of both arms, both legs, or one arm and/or one leg or any amputation, or any disruption of your normal speech function? | ☐ | ☒ |

## EXISTING AND/OR PENDING INSURANCE COVERAGE

1. Is the insurance to be issued intended to replace any accident and sickness insurance?.........................☐ Yes* ☒ No
2. Other than Group LTD and this offer of coverage, do You have or are You applying for other disability coverage:
(A) Individual    (D) LTD ...................................................................................☐ Yes ☒ No
(If "Yes," give details below)

| Name of Insurance Company(s) (including Provident/Unum/Paul Revere) | Type of Coverage (Use code above) | Monthly Face Amount Base SIS | Elimination Period | Benefit Period | Indicate if coverage will be changed or replaced* | Effective date of discontin-uance | Paid by employer? Yes | No |
|---|---|---|---|---|---|---|---|---|
| Unum | D | 6500 | 180 Day | ADEAI | | | ☐ | ☐ |
| | | | | | | | ☐ | ☐ |
| | | | | | | | ☐ | ☐ |

*Please complete and submit state required replacement forms if needed.*

**AGREEMENT AND AUTHORIZATION**

I agree with the following statements:

1. The statements and answers in this application are true and complete and correctly recorded to the best of my knowledge and belief. I understand that they will become part of My application and any policies issued on it. If My answers on this application are incorrect or untrue, the Company may have the right to deny benefits or rescind My coverage.
2. No broker has authority to waive any of the Company's rights or requirements, or to make or alter any contract or policy.
3. The insurance applied for will take effect if one of the following conditions occur:
   a. If the employer is paying the premium, immediately upon the date I fully complete and sign my application provided I qualify for coverage under the terms and conditions of the offer; or
   b. If I am paying the premium, the first of the month in which premiums are deducted after approval of my application. The only exceptions to this are provided in the written agreement between the Company and employer as payor of policy or payroll deduction administrator.
4. I have been informed that any false statement made in this application with actual intent to deceive or materially affecting either the acceptance of the risk or the hazard assumed by the insurer shall bar the right to recover under the policy and may be prosecuted for insurance fraud.

**NOTICE: If you choose to work at any job, you will not be considered totally disabled under this policy, but you may qualify for partial disability benefits.**

Please initial in acknowledgement:

X   I have received a copy of the Notice of Information Practices (including Medical Information Bureau Notice and Fair Credit Reporting Act Notice).

X   I have received a copy of an outline of the coverage for which I have applied.

(X) _____ , CA _____   (X) _____ 10/10/2016 _____
State of Application                                        Dated

(X) _____             (X) *Electronically Signed*
Licensed Broker                                      Signature of Proposed Insured

## Disclosure Authorization

I AUTHORIZE: any doctor, hospital, clinic, provider of health care, insurance (or re-insuring) company, Medical Information Bureau Group, Inc., My insurance agents, employers or other medical or medically related facility having: (i) information as to cause, treatment, diagnosis, prognosis or advice of My physical or mental condition; or (ii) any other information needed to determine My eligibility for insurance; to give Provident Life and Accident Insurance Company and affiliates, employees and agents or My broker, all such information. This may include (but is not limited to) information about mental illness, and use of alcohol or drugs. I authorize Provident Life and Accident Insurance Company to give MIB Group, Inc. a report of this information. A photocopy of this authorization is valid. I or My authorized representative may request a copy of this authorization. This authorization will be in force for 24 months from the date shown below.

10/10/2016

(X) *Electronically Signed*                   (X) _____
Signature of Proposed Insured                                    Dated

**THIS AGREEMENT AND AUTHORIZATION MUST BE PROPERLY SIGNED,
INCLUDING PROPOSED INSURED'S SIGNATURE, BEFORE APPLICATION CAN BE PROCESSED**

Unum is a registered trademark and marketing brand of Unum Group and its insuring subsidiaries.

A-32521-CA                                2                                (03/09)


*650010784817500015 6*



# OUTLINE OF COVERAGE

PROVIDENT LIFE AND ACCIDENT                    POLICY SERIES 650-CA AND 651-CA
INSURANCE COMPANY
1 Fountain Square, Chattanooga, TN 37402

DISABILITY INCOME PROTECTION COVERAGE                    OUTLINE OF COVERAGE

**READ YOUR POLICY CAREFULLY.**   This outline of coverage provides a very brief description of some of the important features of your policy. This is not the insurance contract and only the actual policy provisions will control. The policy itself sets forth, in detail, the rights and obligations of both you and Provident.  It is, therefore, important that you READ YOUR POLICY CAREFULLY.

**DISABILITY INCOME PROTECTION COVERAGE.**   Policies of this category are designed to provide you with coverage for disabilities resulting from a covered accident or sickness, subject to any limitations set forth in the policy.  This policy does not provide basic hospital, basic medical or major medical insurance, as defined by your State Insurance Department.

**BENEFITS.**   Benefits of the policy are outlined on the following pages.  Important information including monthly amounts, elimination periods and maximum benefit periods are shown in the Policy Schedule.

**EXCLUSIONS.**  We will not pay benefits for a Disability caused by :  1) war or act of war, whether declared or undeclared; or 2) intentionally self inflicted injuries; or 3) any Disability we have excluded by name or specific description (any such exclusion will appear in the Policy Schedule.); or 4) any loss to which a contributing cause was your commission or intent to commit a felony or to which a contributing cause was your being engaged in an illegal occupation.

**PRE-EXISTING CONDITIONS LIMITATION**

For two years from the effective date of this policy, we will not pay benefits for a Disability caused by a pre-existing condition that was excluded by name or specific description, not disclosed, or misrepresented in answer to a question in the application for this policy.

After two years from the effective date of this policy, we will pay benefits for Disability caused by a pre-existing condition unless excluded by name or specific description.

**LIMITATIONS FOR DISABILITY RESULTING FROM A MENTAL DISORDER**

**Mental Disorders** means any mental or emotional disorder or functional nervous disorder (except dementia resulting from stroke, trauma, infections or degenerative diseases such as Alzheimer's disease).  To make a determination We may consult the Diagnostic and Statistical Manual of Mental Disorders (DSM), published by the American Psychiatric Association, most current as of the start of a Disability.  Such disorders include but are not limited to, psychotic, emotional or behavioral disorders.  If the DSM is discontinued or replaced, We may consult the diagnostic manual then in use by the American Psychiatric Association as of the start of Disability.

650-OC-CA (09)          JULIE L SMITH 06-650-7848175                    Page 1

If, at the end of the Maximum Benefit Period for Mental Disorders, You are confined in a Hospital, due to a Disability from Mental Disorders, We will waive the Maximum Benefit Period for Mental Disorders and continue benefit payments for the duration of Your hospital confinement for this Disability.  In no event will the Maximum Benefit Period for Mental Disorders exceed the Maximum Benefit Period for Disability.

## RENEWABILITY OF THE POLICY.

**Policy Series 650-CA:** Non-Cancellable and Guaranteed Renewable to Age 65.  No Change in Premium Rates.  As long as the premium is paid on time, we cannot change your policy or its premium rate until your 65th birthday.

**Policy Series 651-CA:** Guaranteed Renewable To Age 65.  Your renewal premium will be based on our rates then in effect for your rating group.  Rates will only be changed if they are changed for all insureds in your state, in your age group, occupation, and with same elimination period.

After Age 65, both Policy Series 650-CA and 651-CA may be continued for a Disability benefit with a limited benefit period while you are actively and regularly employed a minimum of 30 hours per week.  Your renewal premium after age 65 will be that in effect at Your age for all insureds age 65 and older in the same occupation class with the same elimination period who have this policy form.

## BASIC BENEFITS OF THE POLICY

## TOTAL DISABILITY

During the Usual Occupation Period, **Total Disability** or **Totally Disabled** means a Disability that renders you unable to perform with reasonable continuity the substantial and material acts necessary to pursue your Usual Occupation in the usual and customary way.

After benefits have been paid for the duration of the Usual Occupation Period, Total Disability or Totally Disabled means a Disability that renders You unable to engage with reasonable continuity in any occupation, including your Usual Occupation, in which you could reasonably be expected to perform satisfactorily in light of your age, education, training, experience, station in life, physical and mental capacity.

If your Usual Occupation consists of more than one occupation from which you derive material income, you are Totally Disabled when you are unable to perform with reasonable continuity the substantial and material acts necessary to pursue any of your occupations.

### Benefits for Total Disability

If you are Totally Disabled we will pay benefits as follows:

1. Benefits start to accrue on the first day of Total Disability following the elimination period shown in the Policy Schedule.  The elimination period may be satisfied by days of Total, Residual or Partial Disability.

2. The Maximum Monthly Benefit Amount will be paid for as long as Total Disability continues, but not beyond the Maximum Benefit Period for Disability.

650-OC-CA (09)          JULIE L SMITH 06-650-7848175                    Page 2

We will require a Physician's certification of your condition.

Total Disability benefits will not be paid for any days for which Partial or Residual Disability benefits will be paid.

Disability must start while this policy is in force.  An elimination period must be served for each Disability except as stated in Part 7 of the Policy titled "Recurrent Disability or Concurrent Disability."  A maximum benefit period will apply to each occurrence of Disability.

The suspension, revocation, or surrender of your professional or occupational license or certification does not, in and of itself, constitute Disability.

**PARTIAL DISABILITY**

During the Usual Occupation Period, **Partial Disability** or **Partially Disabled** means you have a Loss of Earnings of at least 20% and you are performing with reasonable continuity, one or more of the material and substantial acts necessary to pursue your Usual Occupation in the usual and customary way and you are not Totally Disabled, but

  1.  You are unable to perform all of the material and substantial acts necessary; or

  2.  You are unable to perform them for as long as normally required.

After benefits have been paid for the duration of the Usual Occupation Period, Partial Disability or Partially Disabled means you have a loss of earnings of at least 20% and you are performing with reasonable continuity, one or more of the material and substantial acts necessary to pursue your Usual Occupation in the usual and customary way or you are performing with reasonable continuity, one or more of the substantial and material acts of another occupation which you could reasonably be expected to perform satisfactorily in light of your age, education, training, experience, station in life, physical and mental capacity and you are not Totally Disabled, but

  1.  You are unable to perform all of the material and substantial acts necessary; or

  2.  You are unable to perform them for as long as normally required.

### Benefits for Partial Disability

If You are Partially Disabled and have a Loss of Earnings of at least 20%, we will pay benefits as follows:

  1. Benefits start to accrue on the first day of Partial Disability following the elimination period shown in the Policy Schedule.
  2. The Partial Disability Monthly Amount will be determined each month using the following formulas:

     During the Work Incentive Period, the following formula will be used:

     Pre-Disability Earnings minus (-) Disability Earnings = Partial Disability
                                                              Monthly Amount*

     *Partial Disability Monthly Amount cannot exceed the Maximum Monthly Benefit Amount.



650-OC-CA (09)          JULIE L SMITH 06-650-7848175          Page 3

After the Work Incentive Period, the following formula will be used:

$$\frac{\text{Loss of Earnings}}{\text{Pre-Disability Earnings}} \times \frac{\text{Maximum Monthly}}{\text{Benefit Amount}} = \frac{\text{Partial Disability}}{\text{Monthly Amount}}$$

If the Loss of Earnings equals 75% or greater of Pre-Disability Earnings, We will deem the loss to be 100% of Pre-Disability Earnings.

3. The Partial Disability Monthly Amount will be paid for as long as Partial Disability continues, but not beyond the Maximum Benefit Period for Disability shown in the Policy Schedule.

Partial Disability benefits will not be paid for any days for which Total or Residual Disability benefits are paid.

Disability must start while this policy is in force.  A maximum benefit period will apply to each occurrence of Disability.

The suspension, revocation, or surrender of your professional or occupational license or certification does not, in and of itself, constitute Disability.

We will require a Physician's certification of your condition.

**RESIDUAL DISABILITY**

During the Usual Occupation Period shown in the Policy Schedule, **Residual Disability or Residually Disabled** means you have a Loss of Earnings of at least 20% and you are performing with reasonable continuity, one or more of the material and substantial acts necessary to pursue your Usual Occupation in the usual and customary way and you are no longer Totally Disabled, but

1. You are unable to perform all of the material and substantial acts necessary; or

2. You are unable to perform them for as long as normally required.

After benefits have been paid for the duration of the Usual Occupation Period shown in the Policy Schedule, Residual Disability or Residually Disabled means You have a Loss of Earnings of at least 20% and you are performing with reasonable continuity, one or more of the material and substantial acts necessary to pursue your Usual Occupation in the usual and customary way or you are performing with reasonable continuity, one or more of the substantial and material acts of another occupation which you could reasonably be expected to perform satisfactorily in light of your age, education, training, experience, station in life, physical and mental capacity and you are no longer Totally Disabled, but

1. You are unable to perform all of the material and substantial acts necessary; or

2. You are unable to perform them for as long as normally required.

## Benefits for Residual Disability

If you are Residually Disabled and have a Loss of Earnings of at least 20%, we will pay benefits as follows:

1. Benefits start to accrue on the first day of Residual Disability after you have satisfied your elimination period, shown in the Policy Schedule and your Total Disability ends.

2. The Residual Disability Monthly Amount will be determined each month using the following formulas:

   During the Work Incentive Period, the following formula will be used:

   Pre-Disability Earnings minus (-) Disability Earnings = Residual Disability
   Monthly Amount*

   *Residual Disability Monthly Amount cannot exceed the Maximum Monthly Benefit Amount.

   After the Work Incentive Period, the following formula will be used:

   $$\frac{\text{Loss of Earnings}}{\text{Pre-Disability Earnings}} \times \frac{\text{Maximum Monthly}}{\text{Benefit Amount}} = \frac{\text{Residual Disability}}{\text{Monthly Amount}}$$

   If the Loss of Earnings equals 75% or greater of Pre-Disability Earnings, We will deem the loss to be 100% of Pre-Disability Earnings.

3. The Residual Disability Monthly Amount will be paid for as long as Residual Disability continues, but not beyond the Maximum Benefit Period for Disability shown in the Policy Schedule.

Residual Disability benefits will not be paid for any days for which Total or Partial Disability benefits are paid.

Disability must start while this policy is in force.  A maximum benefit period will apply to each occurrence of Disability.

The suspension, revocation, or surrender of your professional or occupational license or certification does not, in and of itself, constitute Disability.

We will require a Physician's certification of your condition.

**RECOVERY**

**Recovery** means that, following a Disability that continued at least until the end of the Elimination Period:

1. You incur a Loss of Earnings of at least 20% that is due to the prior Disability; and

2. You have returned to Full Time Work in Your Usual Occupation.

## Benefits for Recovery

If You experience a Recovery and have a Loss of Earnings of at least 20%, We will pay benefits as follows:

1. Benefits start to accrue on the first day after Your Disability ends.
2. The Recovery Benefit Monthly Amount will be determined each month using the following formula:

$$\frac{\text{Loss of Earnings}}{\text{Pre-Disability Earnings}} \times \text{Maximum Monthly Benefit Amount} = \text{Recovery Benefit Monthly Amount}$$

3. The Recovery Benefit Monthly Amount will be paid for as long as Your Recovery continues, but not beyond the Maximum Benefit Period for Recovery Benefits.

**PREMIUMS.** See Policy Schedule. To keep your policy in force, the premium must be paid within 31 days after it is due.

**GRACE PERIOD.** You will have 31 days after the due date to pay any premiums other than the first. The policy will stay in force during the grace period.

**ADDITIONAL POLICY BENEFITS.** If you have selected additional policy benefits, they are shown on the Policy Schedule in the Additional Policy Benefits section. They are subject to the provisions and exclusions of the policy. Please refer to the following brief descriptions:

**Option to Exchange for Individual Long Term Care Policy** provides the option to exchange this policy for an individual long term care policy at certain ages. See your policy for details.

**Cost of Living Adjustments** provide cost of living adjustments after one year of Disability. The benefits will be increased based upon year-to-year changes in the Consumer Price Index up to a maximum of 7% but no less than 2%.

**Catastrophic Disability Benefit** provides additional benefits when you are disabled due to a catastrophic disability.

**Increase Option** provides guaranteed insurability options to the policy.

**Option to Increase Benefit Amount for Long Term Care Policy Exchange** is available only if the policy includes the option to exchange this policy for an individual long term care policy. If so, this rider provides a guaranteed insurability option to increase the benefit amount of the long-term care policy.