| | |
|---|---|
| 1 | ROBERT E. HESS (SBN 178042) |
| 2 | rhess@maynardcooper.com<br>MAYNARD COOPER & GALE, LLP |
| 3 | 10100 Santa Monica Boulevard, Suite 1450<br>Los Angeles, CA 90067 |
| 4 | Telephone:   (310) 596-4363<br>Facsimile:    (205) 254-1999 |
| 5 | Attorneys for Defendants |
| 6 | Unum Life Insurance Company of America and<br>Provident Life and Accident Insurance Company |
| 7 | |

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE L. SMITH, an individual,<br><br>    Plaintiff,<br><br>    vs.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA; and PROVIDENT LIFE AND ACCIDENT INSURANCE COMPANY,<br><br>    Defendants. | Case No. 3:22-cv-01149-AJB-MSB<br><br>(Honorable Anthony J. Battaglia)<br><br>**JOINT MOTION FOR DISMISSAL OF ACTION WITH PREJUDICE**<br><br><br>Complaint Filed:   8/4/22 |

1  Plaintiff Julie L. Smith, ("Plaintiff") and Defendants Unum Life Insurance
2  Company of America and Provident Life and Accident Insurance Company
3  ("Defendants"), by and through undersigned counsel, hereby jointly move the Court
4  for an Order dismissing the above captioned case in its entirety, with prejudice,
5  pursuant to Federal Rule of Civil Procedure 41(a)(1), each party to bear her/its own
6  attorneys' fees and costs.

DATED: December 14, 2022        MAYNARD COOPER & GALE, LLP

By: */s/ Robert Hess*
ROBERT E. HESS
Attorneys for Defendants
Unum Life Insurance Company of America and
Provident Life and Accident Insurance Company

DATED: December 14, 2022        YALE & BAUMGARTEN, LLP

By: */s/ David Baumgarten*
DAVID W. BAUMGARTEN
Attorney for Plaintiff
Julie L. Smith

*SIGNATURE CERTIFICATION*

*Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable by David Baumgarten, counsel for Plaintiff Julie L. Smith, and that I have obtained David Baumgarten's authorization to affix his electronic signature to this documents.*